## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

STATE OF NEW JERSEY, et al.,

*Plaintiffs*,

v.

PAMELA J. BONDI, et al.,

*Defendants.*

No. 1:25-cv-1807-PX

## PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

Plaintiff States seek a preliminary injunction. For the reasons explained in greater detail in the accompanying memorandum of law, Plaintiff States ask the Court to enter a preliminary injunction against the Government Defendants,

1. Prohibiting the Government Defendants from redistributing FRTs, except as required by any prior judicial order: (i) to individuals or entities in Plaintiff States, either directly or indirectly; and/or (ii) to any distributor, dealer, seller, or other entity that sells, resells, or otherwise distributes FRTs into Plaintiff States, either directly or indirectly; and

2. Requiring the Government Defendants to submit status reports at regular intervals as further directed by this Court to provide further detailed information on their compliance with this Court's orders.

Dated: June 10, 2025

Respectfully submitted,

**MATTHEW J. PLATKIN**
ATTORNEY GENERAL OF NEW JERSEY

/s/ Shankar Duraiswamy
Shankar Duraiswamy (D. Md. Bar No. 28391)
  *Deputy Solicitor General*
Jeremy M. Feigenbaum*
  *Solicitor General*
Nathaniel Rubin*
  *Special Assistant to the Solicitor General*
Christopher Ioannou*
Max Lesser*
Marie Cepeda Mekosh*
Amanda McElfresh*
  *Deputy Attorneys General*
Office of the Attorney General
25 Market Street, 8th Floor
Trenton, NJ 08625
(609) 376-3377
Shankar.Duraiswamy@njoag.gov

*Counsel for the State of New Jersey*

**ANTHONY G. BROWN**
ATTORNEY GENERAL OF MARYLAND

/s/ Virginia A. Williamson
Virginia A. Williamson (D. Md. Bar. No. 31472)
Keith M. Jamieson (D. Md. Bar. No. 31543)
  *Assistant Attorneys General*
Office of the Attorney General
200 Saint Paul Place
Baltimore, MD  21202
(410) 576-6584
vwilliamson@oag.state.md.us

*Counsel for the State of Maryland*

**KATHLEEN JENNINGS**
ATTORNEY GENERAL OF DELAWARE

/s/ Ian R. Liston
Ian R. Liston*
  *Director of Impact Litigation*
Kate Aaronson*
  *Deputy Attorney General*
Vanessa L. Kassab*
  *Deputy Attorney General*
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

*Counsel for the State of Delaware*

**PHILIP J. WEISER**
ATTORNEY GENERAL OF COLORADO

/s/ Shannon Stevenson
Shannon Stevenson*
  *Solicitor General*
Peter J. Baumann*
  *Senior Assistant Attorney General*
Colorado Department of Law
Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6000
Shannon.Stevenson@coag.gov
Peter.Baumann@coag.gov

*Counsel for the State of Colorado*

**BRIAN L. SCHWALB**
ATTORNEY GENERAL FOR THE DISTRICT OF
COLUMBIA

/s/ Eliza H. Simon
Eliza H. Simon (D.Md Bar No. 19648)
   *Senior Counsel to the Attorney General*
Office of the Attorney General
for the District of Columbia
400 Sixth Street NW
Washington, D.C., 20001
(202) 741-5221
Eliza.Simon@dc.gov

*Counsel for the District of Columbia*

**KWAME RAOUL**
ATTORNEY GENERAL OF ILLINOIS

/s/ Michael M. Tresnowski
Michael M. Tresnowski*
   *Assistant Attorney General*
Cara Hendrickson*
   *Assistant Chief Deputy Attorney General*
Office of the Illinois Attorney General
115 LaSalle Street
Chicago, IL 60603
(312) 814-3000
Michael.Tresnowski@ilag.gov
Cara.Hendrickson@ilag.gov

*Counsel for the State of Illinois*

**ANDREA JOY CAMPBELL**
ATTORNEY GENERAL OF MASSACHUSETTS

/s/ Katherine Dirks
Katherine Dirks*
   *Chief State Trial Counsel*
1 Ashburton Pl.
Boston, MA 02108
(617) 963-2277
Katherine.dirks@mass.gov

*Counsel for the Commonwealth of Massachusetts*

**ANNE E. LOPEZ**
ATTORNEY GENERAL OF HAWAIʻI

/s/ Kalikoʻonālani D. Fernandes
David D. Day*
   *Special Assistant to the Attorney General*
Kalikoʻonālani D. Fernandes*
   *Solicitor General*
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov

*Counsel for the State of Hawaiʻi*

**AARON M. FREY**
ATTORNEY GENERAL OF MAINE

/s/ Vivian A. Mikhail
Vivian A. Mikhail*
   *Deputy Attorney General*
Office of the Attorney General
6 State House Station
Augusta, ME  04333
Tel.: 207-626-8800
Fax: 207-287-3120
vivian.mikhail@maine.gov

*Counsel for the State of Maine*

**DANA NESSEL**
ATTORNEY GENERAL OF MICHIGAN

/s/ Adam R. de Bear
Adam R. de Bear*
   *Assistant Attorney General*
Michigan Department of Attorney General
525 W. Ottawa St.
Lansing, MI  48933
(517) 335-7573
debeara@michigan.gov
*Counsel for the People of the State of Michigan*

**KEITH ELLISON**
ATTORNEY GENERAL OF MINNESOTA

*/s/ Lindsey E. Middlecamp*
Lindsey E. Middlecamp*
  *Special Counsel, Rule of Law*
445 Minnesota Street, Suite 600
St. Paul, MN 55101
(651) 300-0711
Lindsey.middlecamp@ag.state.mn.us

*Counsel for the State of Minnesota*

**DAN RAYFIELD**
ATTORNEY GENERAL OF OREGON

*/s/ Brian Simmonds Marshall*
Brian Simmonds Marshall*
  *Senior Assistant Attorney General*
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Tel: (971) 673-1880
Fax: (971) 673-5000
Brian.S.Marshall@doj.oregon.gov

*Counsel for the State of Oregon*

**CHARITY R. CLARK**
ATTORNEY GENERAL OF VERMONT

*/s/ Jonathan T. Rose*
Jonathan T. Rose*
  *Solicitor General*
109 State Street
Montpelier, VT 05609
(802) 828-3171
Jonathan.rose@vermont.gov

*Counsel for the State of Vermont*

**AARON D. FORD**
ATTORNEY GENERAL OF NEVADA

*/s/ Heidi Parry Stern*
Heidi Parry Stern*
  *Solicitor General*
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
HStern@ag.nv.gov

*Counsel for the State of Nevada*

**PETER F. NERONHA**
ATTORNEY GENERAL OF RHODE ISLAND

*/s/ Stephen N. Provazza*
Stephen N. Provazza*
  *Unit Chief, Consumer & Economic Justice Unit*
150 South Main St.
Providence, RI 02903
(401) 274-4400
SProvazza@riag.ri.gov

*Counsel for the State of Rhode Island*

**NICHOLAS W. BROWN**
ATTORNEY GENERAL OF WASHINGTON

*/s/ Andrew R. W. Hughes*
Andrew R.W. Hughes*
William McGinty*
  *Assistant Attorneys General*
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
Andrew.Hughes@atg.wa.gov
William.McGinty@atg.wa.gov

*Counsel for the State of Washington*

*\* Pro hac vice application forthcoming*

## **CERTIFICATE OF SERVICE**

I certify that on June 10, 2025, I electronically filed the foregoing Motion for a Preliminary Injunction, the Memorandum of Law in Support, the Proposed Order, and all accompanying exhibits via CM/ECF.  For parties who have not yet appeared through counsel on the electronic docket, I served the following individuals noted below and as described in the Certificate of Notice contemporaneously filed.

For Federal Defendants who have not yet appeared in the case, counsel for Plaintiff States emailed the Motion for a Preliminary Injunction and Memorandum of Law in Support to Thomas Corcoran, Civil Chief of the United States Attorney's Office for the District of Maryland at thomas.corcoran@usdoj.gov.  Plaintiffs' counsel also referred AUSA Corcoran to the case docket for related exhibits and attachments.

For Nonfederal Defendants National Association for Gun Rights; Rare Breed Triggers, LLC; Rare Breed Firearms, LLC; Lawrence Demonico; and Kevin Maxwell who have not yet appeared in the case, counsel for Plaintiff States emailed the Motion for a Preliminary Injunction and Memorandum of Law in Support to Jonathan Shaw at JShaw@dhillonlaw.com.  As described in the Certificate of Notice, Shaw identified himself to Plaintiffs' Counsel as counsel for "NAGR and the Rare Breed Parties."  Plaintiffs' counsel also referred Shaw to the case docket for related exhibits and attachments.

For Nonfederal Defendants Texas Gun Rights, Inc., Patrick Carey, James Wheeler, and Travis Speegle, Plaintiff States emailed copies of the motion and supporting memorandum to Whitney Aaron Davis (whit@ekdlaw.com), Jonathan Mark Shaw (jshaw@dhillonlaw.com), Michael A. Columbo (mcolumbo@dhillonlaw.com), Glenn D. Bellamy (gbellamy@whe-law.com), and Julian E. Whitley (jwhitley@bwwlaw.com), who previously represented those

parties in *National Association for Gun Rights v. Garland*. Plaintiffs' counsel also identified the case docket for related exhibits and attachments.

For Plaintiff States whose counsel's motions for admission pro hac vice are forthcoming, I served the foregoing document and its attachments via email to those counsel.

Respectfully submitted,

*/s/ Keith M. Jamieson*
Keith M. Jamieson (D. Md. Bar. No. 31543)
  *Assistant Attorney General*
Federal Accountability Unit
Office of the Attorney General
200 Saint Paul Place
Baltimore, Maryland 21202
(410) 576-6960
kjamieson@oag.state.md.us