# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

STATE OF NEW JERSEY, et al.,

    *Plaintiffs*,

v.

PAMELA J. BONDI, et al.,

    *Defendants*.

No. 1:25-cv-1807-PX

## EXHIBIT LIST

| Exhibit | |
|---|---|
| 1 | Declaration of Eric Barlow |
| 2 | Declaration of ATF Special Agent Craig Saier |
| 3 | Declaration of Dr. Dennis Quinlan Jr. |
| 4 | Declaration of Matthew P. Varisco |
| 5 | Declaration of Melissa Rodriguez |
| 6 | Declaration of Special Agent Cheryl Harrell |
| 7 | November 14, 1975 ATF Evaluation |
| 8 | April 4, 1994 ATF Evaluation |
| 9 | September 16, 2004 ATF Evaluation |
| 10 | May 2, 2005 ATF Evaluation |
| 11 | April 27, 2006 ATF Evaluation |
| 12 | July 21, 2017 ATF Evaluation |
| 13 | May 13, 2025 Settlement Agreement |
| 14 | ATF Report on FRT-15 |
| 15 | ATF Report on WOT |
| 16 | Declaration of Daniel Koneschusky |
| 17 | August 28, 2018 ATF Evaluation |
| 18 | Report to Special Agent Michael T. Nuttall |
| 19 | October 2, 2023 Evidentiary Hearing |
| 20 | Declaration of Stan Hilkey |
| 21 | Declaration of Director Brendan F. Kelly |
| 22 | Declaration of Jenifer Pauliukonis, MPH |
| 23 | Declaration of Rosemary Chappell |
| 24 | Declaration of Dr. Sarah Lyon-Callo |
| 25 | Declaration of Dr. Mackenzie Cook |

| 26 | Declaration of Edward Troiano |
|----|-------------------------------|
| 27 | Declaration of Patricia Cole-Tindall |
| 28 | Declaration of Frederick P. Rivara, MD, MPH |
| 29 | ATF Website on Returns as of June 9, 2025 |