# Exhibit 1

**DECLARATION OF ERIC BARLOW**

Pursuant to 28 U.S.C. § 1746, I, Eric Barlow, hereby declare as follows:

1. I am a resident of New Jersey. I am over the age of 18. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am a Senior Investigator with the Statewide Affirmative Firearms Enforcement ("SAFE") Office of the New Jersey Office of the Attorney General, a position I have held since May 2023. SAFE is a first-in-the-nation office with the specific mandate of bringing civil enforcement actions against firearm companies to hold them accountable for violations of the law that harm the health and safety of New Jersey residents. As a SAFE investigator I am responsible for conducting civil investigations into violations against gun industry members that may result in civil enforcement actions. This includes assisting State attorneys with the gathering of information, synthesizing and analyzing relevant data, records, files, financial statements and correspondence to determine compliance with rules and regulations governing firearms and industry members within New Jersey. Furthermore, I assist with the facilitation and effective administration of laws pertaining to gun violence as directed by the New Jersey Attorney General.

3. Prior to holding this position, I was an enlisted sworn member of the New Jersey State Police ("NJSP") for twenty-five years. I began my career with NJSP in April 1995 as a member of the 115th State Police Class. I spent the majority of my tenure with NJSP in the Intelligence and Criminal Enterprise Section where I focused on long term criminal investigations that included gun and drug trafficking and official corruption. These investigations included witness interviews, surveillance work, drafting search warrants and communication data

warrants, and reviewing information obtained from subpoenas and other court orders. I am also familiar, based on my training and experience, with firearms and after-market machine gun conversion devices. From 2006 – 2012, I worked as an NJSP Task Force Officer assigned to the Trenton Field Office of the New Jersey division of the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), where I led multi-state gun trafficking investigations. From 2016 – 2020, I worked for the NJSP Office of Professional Standards Internal Affairs Investigations Bureau, where I led criminal and administrative investigations into members of the state police.

4. After finishing my NJSP tenure with the rank of Captain, I became a Sworn State Investigator ("SSI") with the Gloucester County Prosecutor's Office, where I conducted internal affairs investigations.

5. I earned my Bachelor of Arts degree from Richard Stockton University in the field of criminal justice and I earned my Master of Education from Seton Hall University.

6. I have personal knowledge of the matters set forth below, or have knowledge of the matters based on my review of information gathered by members of my staff, and upon conclusions and determinations reached and made in accordance therewith.

Unique Dangers of Forced Reset Triggers and Similar Machinegun Conversion Devices

7. Gun violence is a significant threat to the safety and well-being of New Jersey's residents. In 2022, there were 468 gun deaths in New Jersey, including 235 homicides, 229 suicides, and 15 gun deaths involving children and teens. *State Data: New Jersey*, Johns Hopkins Bloomberg School of Public Health – Center for Gun Violence Solutions (2022) (citing 2022 data from the Center for Disease Control [CDC]). In 2022, there were 1,116 total shooting

victims in New Jersey, and in 2023 there were 895. *See NJGUNStat Report – Weapon and Victim Breakdowns,* https://www.nj.gov/oag/njsp/njgunstat/index.shtml (compiling total shooting victims from January 2022-December 2022 and January 2023-December 2023).

8. Machinegun conversion devices (MCDs) enable semi-automatic firearms to fire automatically, so that they can match or exceed the rate of fire of many military machineguns. Federal and state law prohibit certain MCDs. Federal law criminalizes both the possession of a machinegun and certain MCDs. 18 U.S. Code § 921(a)(24) and 922(a)(4) and 922(o)(1); 26 U.S. Code § 5845(b) (defining the term "machine gun" to include "any part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machine gun."). New Jersey regulates certain MCDs, either as independent parts or when attached to a firearm under its machinegun and assault weapon bans pursuant to N.J. Stat. Ann. §§ 2C:39-1(i), (w); 2C:39-3(i); 2C:39-5(a), (f).

9. MCDs make firearms significantly more dangerous and destructive because of their increased rate of fire. For instance, semi-automatic weapons equipped with an MCD can fire up to 20 bullets in only one second with a single function of the trigger. *See FACT SHEET: President Biden and Vice President Harris Announce Additional Actions to Reduce Gun Violence and Save Lives,* The White House (September 26, 2024), https://www.whitehouse.gov/briefing-room/statements-releases/2024/09/26/fact-sheet-president-biden-and-vice-president-harris-announce-additional-actions-to-reduce-gun-violence-and-save-lives/. This high rate of fire decreases firing accuracy and increases risks to bystanders. *See* Marty Roney, *Police demonstrate dangers of handgun-to-machine gun 'Glock switches',* Yahoo News – The Montgomery Advertiser (Dec. 2, 2024), https://www.yahoo.com/news/police-show-dangers-handgun-machine-095552253.html;

STATE OF NEW JERSEY COMMISSION ON INVESTIGATION, ILLEGAL FIREARMS – USE & TRENDS IN NEW JERSEY 4 (SEPT. 2024) (MCD Glock 'switches' cannot control where the bullets go, leading to a greater likelihood of unintended targets.). For instance, Glock firearms equipped with an MCD "switch" "fire so fast, and with a recoil so difficult to control, that the result is typically an uncontrolled 'spray' of bullets over a wide area." Complaint at 2, *Platkin v. Glock, Inc.*, N.J. Super Ct Ch. Div. ESX-C-000286-24 (Dec. 12, 2024) (hereinafter "*Platkin v. Glock, Inc.*"). Consequently, law enforcement officials have noted that the rapid firing rate generated by MCDs is uniquely dangerous for public safety because it (1) "increases the likelihood that we're going to encounter *multiple victims* when these [modified weapons] are used" and (2) "increases the likelihood that those incidents will be *fatal.*" Norah O'Donnell, *Proliferation of modified weapons cause for alarm, officials say*, CBS News (Apr. 27, 2023), https://www.cbsnews.com/news/modified-weapons-switches-gun-violence-atf-washington-dc/ (quoting Washington, D.C. Metropolitan Police Department Commander LaShay Makal) (emphasis added).

10. There are unfortunately numerous examples of this tragic dynamic in action. In Alabama, a firearm equipped with an MCD killed three teenagers and one adult and wounded thirty-two others at a sixteenth birthday party—leaving 89 shell casings at the scene. *Platkin v. Glock, Inc.* at 6-7. In New Jersey, a shooter fired 28 rounds from a firearm with an MCD in just over one second, seriously injuring three people. *Id.* at 1. New Jersey has identified at least twenty-six other criminal cases where numerous MCDs for Glock firearms have been recovered. *Id.* at 4-6, 51-54.

11. In recent years, there has been a dramatic proliferation of machinegun conversion devices (MCDs). For instance, ATF has seen a "significant rise" in MCDs in recent years. F.Y. 2025

4

Performance Budget Cong. Submission, U.S. Dep't of Justice – ATF, 11 (Feb. 2024), https://tinyurl.com/4ka7ubvv. ATF recovered 5,454 MCDs between 2017 and 2021—a 570 percent increase over the prior five-year period from 2012-2016. Nat'l Firearms Commerce & Trafficking Assessment: Crime Guns – Volume Two, Part VII 4 (Jan. 11, 2023). Incidents of machinegun fire also "exploded by about 1,400% from 2019 through [2021].'" Scott Glover & Curt Devine, *A Device that Can Turn a Semi-Automatic Weapon into a Machinegun in Moments Is Wreaking Havoc on American Streets*, CNN (Aug. 30, 2022), https://tinyurl.com/5n7t5v5m. ATF also reports that state and local law enforcement are increasingly encountering MCDs at crime scenes and requesting ATF's aid in tracing those weapons. In 2023 alone, there were 4,542 MCDs recovered nationally. This includes 22 MCDs traced from recoveries in New Jersey, and nearly 1000 total MCDs traced from combined recoveries in Maryland, Colorado, District of Columbia, Hawaii, Illinois, Maine, Massachusetts, Michigan, Minnesota, Nevada, Oregon, Rhode Island, Vermont, and Washington. Firearms Trace Data 2023 – Firearm Types Recovered and Traced in the United States and Territories, ATF, https://tinyurl.com/4z6c2ex6.

12. ATF also reported a "dramatic increase in the use of [MCDs] in violent crimes" from 2018 to 2023. F.Y. 2024 Congressional Budget Submission at 14 (Mar. 2023), https://tinyurl.com/3zz4abuw, which includes an "approximately 400% increase" from 2022 to 2023 "in firearm traces involving an MCD in which the trace was also associated with a crime of violence." Declaration of Special Agent Craig Saier ¶42, ECF No. 64-1, *Nat'l Ass'n for Gun Rts, Inc. Et al v. Bondi et al.*, No. 23-830 (N.D. Tex.) (Aug 1, 2024) (hereinafter "Saier Declaration").

5

13. MCDs' unique dangerousness poses "perilous" risks for law enforcement on the front lines responding to the carnage inflicted by these modified weapons. Memorandum from the Deputy Attorney General, *Combating Illegal Machine Gun Conversion Devices through Enhanced Enforcement, Training, and Intelligence Sharing*, U.S. Department of Justice (Sept. 6, 2024), https://www.justice.gov/dag/media/1366606/dl. In addition to their increased rate of fire, it is not always visually apparent or obvious that a firearm has been equipped with an MCD, which presents risks to members of law enforcement who encounter suspects armed with MCD-modified guns when responding to emergency calls. According to the ATF, MCDs have been utilized in many of the most dangerous crimes of violence that law enforcement responds to, including "homicides, aggravated assaults, robberies, [and] carjackings." Saier Declaration at ¶42. Tragically, an MCD was also used in the murder of a police officer. *Id.*

14. In recent years a new form of MCD called Forced Reset Triggers (FRTs) has emerged. FRTs are principally intended for use with AR-15 style rifles. FRTs replace the standard trigger assembly on a firearm to allow a shooter to fire at a significantly increased rate. *United States v. Rare Breed Triggers, LLC*, 690 F. Supp. 3d 51, 59 (E.D.N.Y. 2023). In fact, a firearm with an FRT can fire faster than an M16 military rifle even in automatic mode. Saier Declaration at ¶32. Like other MCDs, FRTs pose unique dangers to law enforcement and the public based on their high rate of fire.

New Jersey Laws Regarding FRT-Equipped Firearms and Prohibited Possessors

15. New Jersey law defines a machinegun as "any firearm, mechanism or instrument not requiring that the trigger be pressed for each shot and having a reservoir, belt or other means

6

of storing and carrying ammunition which can be loaded into the firearm, mechanism or instrument and fired therefrom." N.J. Stat. Ann. § 2C:39-1(i). The New Jersey Attorney General's Office interprets this provision as covering firearms equipped with an FRT.

16. Under federal law, it is unlawful for a person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year (along with other enumerated factors) to "to ship or transport in interstate or foreign commerce, or possess in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce." 18 U.S. Code § 922(g). Similarly, in New Jersey "[A]ny person, having been convicted in this State or elsewhere of [certain types of offenses or who has been committed for a mental disorder] ... who purchases, owns, possesses or controls any of the specified weapons or any ammunition in [N.J.S.A. 2C:58-21] is guilty of a crime of the fourth degree." N.J.S.A. 2C:39-7.

## Prevalence of Forced Reset Triggers in New Jersey

17. SAFE has obtained records showing that in 2021 and 2022, Rare Breed Triggers LLC made 364 deliveries through a commercial shipping service to addresses in New Jersey.

18. SAFE has acquired information indicating that Wide Open Enterprises shipped 25 packages containing one or more suspected Wide Open Triggers (WOTs) to addresses in New Jersey in 2021. WOTs are a version of an FRT and operate based on the same mechanical principles as Rare Breed Triggers' FRT-15, *see National Association of Gun Rights, Inc. v. Garland*, No. 4:23-cv-00830, 2024 WL 3517504 at *3 (N.D. Tex. Jul. 23, 2023), making FRT-15's and WOTs effectively "identical." *United States v. Rare Breed Triggers, LLC*, 690 F.Supp.3d 51, 123 n.1 (E.D.N.Y. 2023) ("Defendants [Rare Breed Triggers LLC] also sell a trigger

7

called the "WOT" which all parties agree, for purposes of this litigation, is identical to the FRT-15.").

19. SAFE has acquired information indicating that at least 23 FRTs shipped to individuals in New Jersey have been recovered by law enforcement authorities.

20. I understand that the United States recently entered into a settlement agreement in which it promised to return all FRTs in its possession to any owner to the extent practicable and obligated the United States not to enforce against anyone any statute or agency interpretation under which an FRT is "contended to be" a machinegun under the National Firearms Act in perpetuity. I also understand that ATF has stated that it has in its possession 11,884 FRTs. Declaration of Matthew P. Varisco ¶6, ECF No. 104-1, *Nat'l Ass'n for Gun Rts, Inc. Et al v. Bondi et al.*, No. 23-830 (N.D. Tex.) (Aug 1, 2024).

21. I anticipate that if ATF proceeds with executing the promised returns, the number of FRTs and FRT-equipped firearms in New Jersey will increase, resulting from direct returns to individuals residing in New Jersey, sales of FRTs returned to distributors and resellers that then sell the FRTs into Plaintiff States, and returns to individuals in other States who either bring their FRTs into our State or transfer the FRTs in their possession to individuals residing in our State.

22. Firearms or firearm-related devices that are prohibited in New Jersey are nonetheless recovered regularly in the State, especially when such devices are lawful in other States, in part due to the activities and presence of significant interstate firearms trafficking networks. For example, despite New Jersey's prohibitions on ghost gun parts and kits (N.J.S.A. 2C:39-9(k), -3(n), and -9(n)), these illegal items have nonetheless made their way into the State's borders with alarming ease. *See* Complaint at 41-46, *Platkin v. Patriot Enterprises*

*Worldwide LLC d.b.a. JSD/Eagle Shows*, N.J. Super Ct. Ch. Div. MER-C-000093-23 (Dec. 12, 2023).

23. Given the trends with other firearms and firearm-related devices outlined in the previous paragraph, even if FRT-equipped firearms are banned under New Jersey law, a greater number of FRTs will come into New Jersey from other states where FRTs are not banned.

24. FRT-15s and WOTs are both FRTs that are specifically designed for the AR-15-type firearms, but FRTs are compatible with other types of firearms. For example, Rare Breed Triggers states that the FRT-15 it manufactures is compatible with some AR-9mm firearms. *Frequently Asked Questions*, Rare Breed Triggers, https://rarebreedtriggers.com/frequently-asked-questions/ (last visited Dec. 30, 2024). Additionally, other firearms may be modified in ways that allow them to be equipped with an FRT, *see, e.g.*, Gat Cat Till, *Rare Breed FRT-15 in a 22lr!*, YouTube (May 28, 2021), https://www.youtube.com/watch?v=94l6J8xeJHo, including base firearms that are otherwise legal under New Jersey law.

25. I anticipate that the widescale distribution of FRTs will likely lead to their increased use, including in criminal incidents in New Jersey.

### Cost of Responding to Incidents Involving Forced Reset Triggers

26. The State incurs greater costs when responding to crime scenes involving devices that increase a firearm's rate of fire, such as FRTs. As outlined above, crimes committed using weapons with an accelerated rate of fire are likely to cause increased casualties. As a result, the State must send more law enforcement officers to the scene, as such crimes typically involve a higher number of victims and witnesses that law enforcement officers will have to interview while investigating the crime. The crime scene itself would require additional

personnel and time to process because increased numbers of shell casings and the damage from increased gun fire would require that more officers spend more hours locating and collecting evidence. Forensic ballistics examiners would likewise face an influx of evidence submitted for their expert and time-consuming analyses. The State would also require a greater response by emergency medical technicians (EMTs) to provide emergency medical care to more individuals injured during the shooting. In addition, medical examiners would have to devote more time and resources to forensically investigate the greater number of fatalities that are associated with such incidents. Accordingly, the State will likely need to divert more resources to respond to crime scenes as FRTs become more prevalent.

<u>Costs of Enforcing Laws Against Forced Reset Triggers</u>

27. As a result of the increase in FRTs within its borders described above, New Jersey will have to divert greater law enforcement resources to enforce New Jersey's own machinegun ban against FRT-equipped firearms.

28. In addition, the federal government's settlement agreement to return all Forced Reset Triggers (FRTs) in its possession to any owner—including those who may not lawfully possess firearms given their prior felony convictions under federal law—will also contravene New Jersey law prohibiting firearm possession by those with certain criminal convictions. N.J.S.A. 2C:39-7. Enforcing New Jersey law against individuals being returned FRTs who are prohibited from possessing FRT equipped firearms will also increase law enforcement costs.

29. In all, we expect to incur greater law enforcement costs as a result of the federal government's return of thousands of previously recovered FRTs.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 7th day of June, 2025, in _Trenton, NJ_ .

_____

Eric Barlow

New Jersey Office of the Attorney General

11