Exhibit 3

## DECLARATION OF DR. DENNIS QUINLAN JR.

Pursuant to 28 U.S.C. § 1746, I, Dr. Dennis Quinlan Jr, hereby declare as follows:

1. I am a resident of New Jersey. I am over the age of 18. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am the Medical Director of the Bristol-Meyers Squibb Trauma Center ("Trauma Center") at Capital Health Regional Medical Center ("Capital Health"), a position I have held since 2024. As Medical Director for the Trauma Center, I am responsible for the Center's operations as well as adherence to state and certifying bodies rules and regulations. Prior to holding this position, I served as associate medical director from 2017 to 2024. I received my medical degree from the University of Medicine and Dentistry of New Jersey (UMDNJ)— New Jersey Medical School in Newark, NJ. I completed my general surgery residency and received fellowship training in cardiothoracic surgery at UMDNJ—New Jersey Medical School. I also completed a surgical critical care fellowship at Christiana Care in Newark, DE.

3. Prior to joining Capital Health in 2008, I held appointments at St. James Hospital (Newark, NJ), UMDNJ-University Hospital (Newark, NJ), Union Hospital (Union, NJ), Robert Wood Johnson University Hospital (Rahway, NJ), and Trinitas Hospital (Elizabeth, NJ).

4. I am board certified in general surgery, critical care and thoracic surgery. My triple board certification is unique among trauma surgeons in the state of New Jersey. I am a member of the New Jersey Medical Society and the American Medical Association.

5. As Medical Director, I have personal knowledge of the matters set forth below, or have knowledge of the matters based on my review of information and records gathered by members of my staff.

<u>Bristol Myers Squibb Trauma Center at Capital Health Regional Medical Center</u>

6.  The Bristol Myers Squibb Trauma Center at Capital Health Regional Medical Center is a Level II New Jersey state-designated Trauma Center. One of only 10 designated trauma centers in New Jersey, Capital Health is the regional referral center for injured patients in Mercer County and adjacent parts of Somerset, Hunterdon, Burlington, and Middlesex counties as well as nearby areas of Pennsylvania. Capital Health provides comprehensive care from the time of injury through rehabilitation.

<u>Health Impacts of Gun Violence</u>

7.  Gun violence has a profound impact on the health and well-being of the communities Capital Health serves. Capital Health estimates that our Trauma Center treated 1,200 total patients in year 2024, with 57 suffering from firearm-related injuries in New Jersey. The injuries that result from gun violence are extremely serious, and can include anything from a mere wound to the soft tissues of any extremity to a significant traumatic brain injury. These injuries can require a wide range of treatments, including the cleansing and repairing of wounds to a craniotomy for treatment of a traumatic brain injury.

<u>Health Impacts of Accelerated Fire</u>

8.  Firearms with an accelerated rate of fire often cause more severe injuries and damage for victims because a single victim is more likely to be hit by multiple bullets. The ability to more rapidly fire projectiles into a body causes more significant injury, organ, and tissue damage.

9.  Firearms with an accelerated rate of fire often cause there to be a higher number of total victims as a result of a shooting. The ability to more rapidly fire projectiles increases the likelihood that a shooter will hit multiple victims, which also increases risks to bystanders.

Due to the higher volume of projectiles there is greater risk to those not involved in the incident as well as to those trying to render aid.

10. Furthermore, firearms that fire projectiles into a body at a higher velocity, such as rifles, also cause more significant injury, organ, and tissue damage. The kinetic energy from these projectiles carry more energy, which produces more tissue damage.

11. Combining a rapid rate of fire with a high velocity means that a victim is more likely to receive multiple gunshot wounds while also increasing the probable severity of those wounds. In addition, it increases the probability that a higher number of victims will experience these impacts. The more significant injuries caused by firearms with an accelerated rate of fire and higher firing velocity leads to more medical complications for patients, which increases costs for hospitals and healthcare providers in treating patients.

12. When a shooting involves a greater number of victims, it places significant strain on the medical system. Typically, only one trauma surgeon is staffed to the emergency department after hours, and hospitals typically have reduced staff. Therefore, when multiple traumatic injuries occur after hours, the hospital must call in additional staff. Other issues that arise from this is that the hospital has to increase security to protect the patients and staff. If the number of patients overwhelms a single institution then that hospital typically has to divert patients to other hospitals, which delays their ability to get much-needed care. These additional complications increase costs to the hospitals and healthcare providers treating such patients.

13. For example, Capital Health was called to respond to a devastating shooting at the Art All Night festival in Trenton, NJ, in 2018. Eighteen victims arrived at the hospital with injuries. The injuries ranged from simple sprains from people fleeing the scene to significant torso

and brain injuries. Because there is only one doctor in the emergency department on a typical night, we were required to call in all available staff to respond to the demands of treating the victims of the shooting. In such a situation if multiple patients need operative interventions then multiple backup surgeons will need to be called in. In addition, because of the large number of patients with severe injuries from the Art All Night shooting, the hospital had to divert patients with other, less urgent injuries to the emergency departments of other local hospitals.

<u>Impacts of Gun Violence on Victims and Families</u>

14. Gun violence has severe, often lifelong effects on victims, their families, and their communities.

15. Research demonstrates that survivors of firearm-related injuries suffer significant, long-term mental health impacts, including increased diagnoses of psychiatric disorders, substance abuse disorders, and pain. *See, e.g.*, Zurui Song, José R. Zubizarreta, Mia Giuriato, Erica Paulos, & Katherine A. Koh, *Changes in Health Care Spending, Use, and Clinical Outcomes After Nonfatal Firearm Injuries Among Survivors and Family Members: A Cohort Study*, 175 Annals of Internal Med. 795 (2022); Zurui Song, José R. Zubizarreta, Mia Giuriato, Katherine A. Koh, & Chana A. Sacks, *Firearm Injuries in Children and Adolescents: Health and Economic Consequences Among Survivors and Family Members*, 42 Health Affs. 1541 (2023). At Capital Health, all traumatic injury patients are screened for nightmares. Survivors of gunshot injuries often experience an acute stress reaction, which can develop into post-traumatic stress disorder if left untreated.

16. Research also shows that survivors of firearm-related injuries require increased healthcare and have significantly increased healthcare expenses. For example, one study that I am

aware of found that survivors have increased office visits, emergency department visits, and hospitalizations and incur an average increase in healthcare expenses of approximately $30,000 in the first year. *See* Zurui Song, José R. Zubizarreta, Mia Giuriato, Erica Paulos, & Katherine A. Koh, *Changes in Health Care Spending, Use, and Clinical Outcomes After Nonfatal Firearm Injuries Among Survivors and Family Members: A Cohort Study*, 175 Annals of Internal Med. 795 (2022); *see also* Zurui Song, José R. Zubizarreta, Mia Giuriato, Katherine A. Koh, & Chana A. Sacks, *Firearm Injuries in Children and Adolescents: Health and Economic Consequences Among Survivors and Family Members*, 42 Health Affs. 1541 (2023).

17. Family members of those who die in firearm-related incidents and of survivors of firearm-related injuries similarly experience severe, often lifelong impacts, including an increase in diagnoses of psychiatric disorders. *See, e.g.*, Zurui Song, José R. Zubizarreta, Mia Giuriato, Erica Paulos, & Katherine A. Koh, *Changes in Health Care Spending, Use, and Clinical Outcomes After Nonfatal Firearm Injuries Among Survivors and Family Members: A Cohort Study*, 175 Annals of Internal Med. 795 (2022); Zurui Song, José R. Zubizarreta, Mia Giuriato, Katherine A. Koh, & Chana A. Sacks, *Firearm Injuries in Children and Adolescents: Health and Economic Consequences Among Survivors and Family Members*, 42 Health Affs. 1541 (2023).

18. The long-term effects of gun violence lead to worsened health outcomes for victims and increased healthcare costs for their families and health care providers. Shootings can also have a broader impact on the communities Capital Health serves. In fact, the Office of the U.S. Surgeon General issued an advisory documenting the collective impacts of firearm violence exposure in the United States. *See* Off. of the U.S. Surgeon General, *Firearm*

*Violence: A Public Health Crisis in America: The U.S. Surgeon General's Advisory 2024*, at

14-18 (2024), https://tinyurl.com/2w3n7vjw.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this ___ day of June, 2025, in *Trenton, New Jersey*

Dr. Dennis Quinlan Jr., Medical Director

Bristol-Meyers Squibb Trauma Center at

Capital Health Regional Medical Center