Exhibit 7

NOV 14 1975

T:T:F:EMO



Dear ████████

This refers to your letter of September 19, 1975, in which you
submitted, for classification under the Gun Control Act of 1968,
a United States Patent Application covering a modification to a
semiautomatic firearm which would permit bursts of automatic
fire which can be varied from one round per second to the
maximum cyclic rate of the particular weapon.

After study of your Patent Application we are in agreement with
your statement in the abstract of disclosure that the modification
permits semiautomatic and automatic operation. Further, we
agree with your statement contained in claim 4 of the application,
that while continuous finger pressure is maintained on the trigger
the weapon will fire continuously. Based on your statements and
an examination of the submitted Patent Application, a firearm
modified according to your design would be classified as a
machinegun as that term is defined in Section 5845(b), Chapter 53,
Title 26, United States Code. In order to manufacture or modify
a firearm utilizing your design feature, the appropriate special
occupational taxes and manufacturing fee would be required prior
to manufacturing the weapons for resale. If you intend to
manufacture or modify a firearm for your own use, a $200.00
making tax must be paid prior to the manufacture or modification
of a weapon.

We trust that the foregoing has been responsive to your inquiry.
If we can be of further assistance, please contact us.

Sincerely yours,

(Signed) Thurman W. Darr

A. Atley Peterson
Assistant Director.

cc: Legal
Mr. Keathley
Rep. ~~Gunske~~ Gude

Enclosure

cc: Regional Director
Mid-Atlantic

EMOwen:1se 10/28/75

| CODE | INITIATOR | REVIEWER | REVIEWER | REVIEWER | REVIEWER | REVIEWER | REVIEWER |
|------|-----------|----------|----------|----------|----------|----------|----------|
| SUR-NAME | Owen | Frawn | Darr | Keathley | Williams | Hug | Darr |
| DATE | 10/28/75 | 10/30/75 | 10/31 | 11-4-75 | 11-14-75 | 11/14/75 | 11/14/75 |

ATF FORM 92 (9-73)

CORRESPONDENCE APPROVAL AND CLEARANCE   BUREAU OF ALCOHOL, TOBACCO AND FIREARMS   DEPARTMENT OF THE TREASURY

ATF 0498

Secretary of the Treasury
Washington D.C.                                     19 September 1975

Dear Sir,
   I have invented a new type of firearm described in this patent.

The Army has shown some serious interest in the concept, and it

would be very unwise to have extra copies of this document shipped

in the US Mail there for please have your agency make a deturmination

of the disposition of this concept (semi-automatic or machinegun)

and return the document to me.

   Make copies of only those passages and drawings needed for your

records.

   I will on request come to the offices in Washington D.C. and pick-up

the material with a letter of disposition.    The subject is very

important so please have your officers be most concise and site

referances if needed.

                                       Sincerely Yours.



ATF 0499

RECEIVED
ATF
SEP 23 1975
TECHNICAL SERVICES DIVISION

Statement of
Robert J. Scroggie, Firearms Enforcement Officer
Bureau of Alcohol, Tobacco and Firearms
made at
Washington, D.C., on March 26, 1975

On February 20, 1975, ██████████████████ who gave his address as ████████████████████████████████ appeared in my office with a Valmet M62/S, 7.62X39mm caliber weapon, identified by the Serial Number 147341.

At that time, ████████████ requested that his firearm be examined and classified under the provisions of the Gun Control Act of 1968, stating that he had redesigned the lock system of this semiautomatic civilian model of the Finnish Model 62 Assault Rifle. He further stated that his redesign would permit the firearm to achieve what he termed "quick-fire." A term meaning, as he explained, that the trigger would be forced forward by the rearward movement of the bolt during the extraction and ejection phases of the firing cycle.

A preliminary physical examination of the firearm disclosed that major modifications had been made to the lock mechanism and lock well. The modifications are depicted in the accompanying drawing, which were submitted by ████████████.

After my cursory examination was completed, I took the weapon to the Northern Virginia Police Academy Firing Range on March 10, 1975. There I loaded the weapon with a magazine containing three cartridges. I charged the weapon by retracting the bolt handle and releasing it. The bolt ran forward stripping the top round out of the magazine and chambering it. I then pulled the trigger and the cartridge in the chamber and the two cartridges remaining in the magazine were fired in a single burst. I reloaded the weapon with a magazine containing three more cartridges, charged the weapon and again fired a burst of three rounds.

On March 20, 1975, a meeting was held between Messrs. Dessler and Wachter of the Office of the Chief Counsel and Messrs. Westenberger, Scroggie and Owen of the Firearms Technology Branch, concerning the status of this firearm. Mr. Dessler concluded that, if ████████

ATF 0501

- 2 -

was not a person prohibited from possessing a firearm by Title
VII, it might be permissible for him to make application to make
and pay the $200.00 making tax and thereby register the firearm in
question. The final determination would only be made subsequent
to the results of Special Agent Gerlands investigation.

During the early afternoon of March 20, 1975, I received a
telephone call from ▮▮▮▮▮▮▮ He asked me if I had had a chance
to test his weapon. I told him I had, and that it was found that
his weapon was a machinegun. He answered that it was not intended to
be a machinegun and further, he was going to contact Representative
Gilbert Gude of Maryland and have the statutory definition of
machinegun changed. I told him that that was his perogative, however,
I would write him a letter confirming our findings. Later in the
afternoon, I received another call from ▮▮▮▮▮▮ He stated that
it was not necessary for me to write a letter to him as he did not
wish to embarrass the Bureau. I told him that it would not embarrass
this Bureau and that I would be happy to write the classification
letter.

On Monday, March 24, 1975, I was called to court in Baltimore,
Maryland. I returned to Washington on March 26, 1975, I found that
Special Agent Gerland had picked up the weapon and removed it from
the Bureau Headquarters before I had had an opportinity to complete my
examination.

Robert J. Scroggie
Firearms Enforcement Officer

ATF 0502

| | | | | | DATE PREPARED |
|---|---|---|---|---|---|
| DEPARTMENT OF THE TREASURY | | | | | 2/20/75 |
| BUREAU OF ALCOHOL, TOBACCO & FIREARMS | | | | | NO. |
| TRANSFER/RECEIPT OF PERSONAL PROPERTY | | | | | |

| ITEM NO. | LOC CODE | B/N CODE | BASIC NOMENCLATURE DESCRIPTION | SERIAL NUMBER | TYPE CODE | SIZE CODE | REP'L CODE | COMP YEAR | QUANT | UNIT COST Dollars | Cts |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Valmet M62 semiautomatic rifle caliber 7.62X39mm | 147341 | | | | | 1 | | |
| | | | temporarily transferred to ATF Firearms Technology Branch for the purpose of test and evaluation | | | | | | | | |
| | | | received from: ██████████ | | | | | | | | |

| ORIGINAL DOCUMENT NO. | GOVERNMENT BILL OF LADING NO. | SHIPPED VIA | DATE SHIPPED |
|---|---|---|---|
| | | | |

☐ TRANSFER-(TRANSACTION CODES 50, 55)    ☒ LOAN

| OFFICE CODE | OFFICE DESCRIPTION | OFFICE CODE | OFFICE DESCRIPTION |
|---|---|---|---|
| FROM ██████████ | | TO: T.T.F: Firearms Technology Branch | |
| SIGNATURE OF LOSING/SHIPPING OFFICER | DATE 2/20/75 | SIGNATURE OF GAINING/RECEIVING OFFICER Edward M. Owen Jr. | DATE 2/20/75 |

ATF Form 86 (8-73)

ATF 0503