Exhibit 9



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

SEP **1 6** 2004

www.atf.gov

903050:RV
3311/2004-272



Dear ▮▮▮▮▮▮

This refers to your correspondence, including accompanying illustrations and other items, and firearm sample submitted to the Firearms Technology Branch (FTB), Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). In your inquiry, you requested an evaluation of the design of this new firearm prior to manufacturing it. Specifically, you asked FTB to determine whether this firearm would be classified as a machinegun.

The sample you submitted is an AR 15 clone featuring a new design for the firing mechanism. This design would enable the firing mechanism to operate in the following manner as soon as the trigger is pulled:

- The hammer falls, firing a shot.
- The hammer is recocked when the bolt comes to the rear.
- When the bolt travels forward, it contacts the cam (new design: see illustration).
- The forward pressure of the bolt against the cam forces the trigger forward.
- The continuous steady pressure on the trigger from the trigger pull causes the trigger to travel rearward and releases the cocked hammer, enabling firing to continue.
- The weapon ceases firing when the firing finger is physically removed from the trigger. (If the steady pressure of the trigger pull is not released, the weapon will continue to fire until the magazine is empty or a malfunction occurs.)

As defined in the National Firearms Act (NFA), 26 U.S.C. Section 5845(b), the term "machinegun" designates, in part, "… any weapon which will or is designed or can be readily restored to fire more than one shot automatically without manual reloading by the single function of the trigger."

Based on a careful review of your sample and plans, including the illustrations, FTB has determined that the submitted firearm is a "machinegun," being capable of firing automatically with a single function of the trigger. Our Branch reached this finding because it is evident

-2-

███████████

that from the moment of the application of trigger pressure--and as long as rearward pressure is applied to the trigger--the firearm continues to fire until the firing finger is removed; this firing takes place regardless of the cam's pushing the trigger forward.

With regard to the ATF Form 2 (Notice of Firearms Manufactured or Imported) that was submitted with your sample mechanism, FTB has forwarded it to ATF's NFA Branch.

Also, we are enclosing a copy of a photograph you submitted with your correspondence.

We trust that the foregoing has been responsive to your inquiry.  If you have further questions concerning this matter, please contact us.

Sincerely yours,

Sterling Nixon
Chief, Firearms Technology Branch

Enclosure

ATF 0553