# Exhibit 10

12# 11279
# 3311
7-4



U.S. Department of Justice

Bureau of Alcohol, Tobacco,
Firearms and Explosives

MAY — 2 2005                              903050:RV
                                          3311/2005-372
                    www.atf.gov

Dear ███████

This refers to your letter, including illustrations, dated March 21, 2005, to the Firearms
Technology Branch (FTB), Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). In
your correspondence, you request evaluation of a new firearm trigger design that you are
considering for production.  Of special importance in this regard is a determination from FTB
regarding whether installation of this trigger device in a firearm would result in the manufacture
of a machinegun.  The diagrams you have included describe the function of a both a generic
trigger and your device, which you call an "incremental trigger."

For you information, 26 U.S.C. Section 5845(b), defines "machinegun" as follows:

*...any weapon which shoots, is designed to shoot, or can be readily restored to shoot,
automatically more than one shot without manual reloading with a single function of the trigger.
The term shall also include the frame or receiver of any such weapon, any part designed and
intended solely and exclusively, or combination of parts from which a machinegun can be
assembled if such parts are in possession or under control of a person.*

Thus, if a firearm continues to fire when you pull the trigger, it would be a "machinegun" as
defined.  If it is a trigger that causes the firearm to fire in stages, the device may not qualify as a
machinegun.

The FTB review of your correspondence found your final paragraph describing the incremental
trigger assembly presented in Figure 13 somewhat unclear.  You state that Figure 13 *"shows the
disconnector moving back up as the bolt moves to the closed position in much the same way as a
generic trigger works.  The trigger bar also moves up, being released from the trigger stop and a
notch engages the sear and the trigger is once again ready to discharge the firearm by pulling he
trigger farther backward, or the trigger can be released to totally reset the trigger mechanism
allowing it to return to its original position."*  This description appears to indicate that the
firearm would fire in stages and as such would not be a machinegun.

ATF 0576

-2-

███████████

Our Branch cannot render a final disposition regarding your trigger device based solely on your written description. Further, we cannot authorize you to make a machinegun. However, you may submit a prototype to FTB for assembly into a firearm and for further evaluation with respect to its classification under Federal statutes.

Please note that if the FTB examination were to determine that the device constitutes a machinegun, it could not be returned.

We trust that the foregoing has been responsive to your inquiry. If you have further questions concerning this matter, please contact us.

Sincerely yours,

Sterling Nixon
Chief, Firearms Technology Branch