# Exhibit 11



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

| | |
|---|---|
| Martinsburg, WV   25401 | 903050:MCP |
| www.atf.gov | 3311/2006-578 |

**APR 2 7 2006**



Dear ▮▮▮▮▮

This refers to your correspondence, including accompanying illustrations, and to a firearm sample, which were submitted to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Firearms Technology Branch (FTB), and received March 30, 2006.

You submitted the firearm sample to us on behalf of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Specifically, Mr. ▮▮▮▮ has requested a classification of a submitted Ruger, Model 10/22, .22 caliber semiautomatic rifle, serial number 121-56665, with installed ▮▮▮▮▮▮▮▮ trigger device. This is the second submission of this particular firearm and device. Because FTB could not render a determination regarding the classification of the submission during the initial examination in 2005 due to the firearm's malfunctioning, it was returned to ▮▮▮▮▮▮ in ▮▮▮▮▮.

The currently submitted firearm is a Ruger 10/22 semiautomatic rifle with a newly design firing mechanism. The firing mechanism is designed to function as follows, when the trigger is pulled:

- The hammer falls, thereby firing a shot.
- The hammer is recocked when the bolt comes to the rear.
- The trigger is forced (rotated) to the cocked (forward) position when the bolt comes to the rear; this is accomplished when the bolt actually contacts and pushes down on the top of the trigger.
- When the bolt travels forward, it contacts the trigger stop.
- The forward pressure of the bolt against the trigger stop pushes the latter forward, thereby unlocking the trigger.
- The continuous steady pressure on the trigger from the trigger pull causes the trigger to travel rearward and release the cocked hammer, causing a continuation of firing.
- When the firing finger is physically removed from the trigger, the weapon ceases firing. If the steady pressure of the trigger pull is not released, the weapon will continue to fire until the magazine is empty or a malfunction occurs.

Case 4:23-cv-00830-O   Document 77-9   Filed 12/01/23   Page 10 of 44   PageID 3368

-2-

As defined in the National Firearms Act (NFA), 26 U.S.C. Section 5845(b), the term "machinegun" means—

*...any weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger. The term shall also include the frame or receiver of any such weapon, <u>any part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun</u>, and any combination of parts from which a machinegun can be assembled if such parts are in the possession or under the control of a person.*

Our Branch test fired your submitted firearm with a variety of .22 long rifle caliber ammunition and found that it functioned consistently with CCI Stinger brand ammunition.

Based upon a careful review of your submitted sample and plans, including illustrations, FTB has determined that the submitted firearm is a "machinegun," being capable of firing automatically with a single function of the trigger.

Specifically, the trigger device, being a combination of parts designed and intended for use in converting a Ruger 10/22 semiautomatic rifle into a machinegun, is a "machinegun" as defined in 26 U.S.C. 5845(b).

Our Branch reached this finding because it is evident that from the moment of the application of trigger pressure—and as long as rearward pressure is applied to the trigger—the firearm continues to fire until the firing finger is removed; this firing takes place regardless of the rearward bolt travel that pushes the trigger forward into the cocked position.

The shooter does not pull and release the trigger; therefore, FTB has determined this to be one single pull of the trigger which allows the rifle to continue to fire. Upon removing pressure on the trigger, the rifle ceases firing. Pressure is applied on the trigger and the rifle fires; unless the pressure from the trigger finger is removed, the rifle will continue to fire.

We have received your ATF Form 2, *Notice of Firearms Manufactured or Imported*, dated April 20, 2006, with regard to this particular firearm.

To facilitate return of the submitted sample, please provide our Branch with the appropriate billable FedEx or similar account number within 60 days of receipt of this letter.

ATF 0611

-3-

███████████████

We trust that the foregoing has been responsive to your request for an evaluation.

If we can be of any further assistance, please contact us.

Sincerely yours,

Sterling Nixon
Chief, Firearms Technology Branch

Enclosure