Exhibit 22

**DECLARATION OF JENIFER PAULIUKONIS**

Pursuant to 28 U.S.C. § 1746, I, Jenifer Pauliukonis, MPH, hereby declare as follows:

1. I am a resident of Maryland. I am over the age of 18. If called as a witness, I could and would testify competently to the matters set forth below.

2. I serve as the Executive Director of the Center for Firearm Violence Prevention and Intervention ("the Center") at the Maryland Department of Health, a position I have held since January 2025. In this role, I oversee the strategic direction of the Center's mission. My team works to provide foundational data and evidence to guide gun violence prevention programs and policies across the State of Maryland. While I have been in this role for less than a year, I am a subject matter expert with over 12 years in the gun violence prevention space.

3. As Executive Director, I have personal knowledge of the matters set forth below, or have knowledge of the matters based on my review of information and records gathered by members of my staff.

<u>Center for Firearm Violence Prevention and Intervention</u>

4. The Center for Firearm Violence Prevention and Intervention at the Maryland Department of Health was established through legislation October 1, 2024. The Center's mission is to reduce firearm violence, harm from firearm violence, and misuse of firearms in the state by partnering with federal, state, and local agencies and affected communities to implement a public health approach to firearm violence reduction. The Center is intended to serve as a hub to connect with agencies, local health departments, law enforcement, community members, advocates, medical professionals, and others to assess the current landscape of gun violence prevention programs and campaigns, facilitate collaboration and coordination, and identify and fill policy,

1

implementation, and funding gaps. The Center bases its work in three pillars: Prevention and Assessment, Intervention and Response, and Community Resilience and Healing.

<u>Health Impacts and Costs of Gun Violence</u>

5.  Gun violence has a profound impact on the health and well-being of Marylanders. On average, 821 individuals died on average from gun violence from 2021–2023[1] in the state and on average, 1191 victims suffered from firearm-related injuries during the same time period.[2] The injuries that result from gun violence are extremely serious, and can include flesh wounds, soft tissue damage, damage to bones and vital organs, severed nerves, and destroyed blood vessels causing major bleeding. Damage can cause irreparable damage, including shattered bones, spinal cord injuries, and traumatic brain injury. These are injuries that can require intensive surgery, prolonged hospital stays, and months—if not years—of recovery and rehabilitation. All too often the damage is too severe, and the patient dies. And those who survive often have painful and prolonged recovery. These injuries are completely preventable.[3]

6.  Gun violence has a profound impact on the State of Maryland's healthcare costs. In 2024, Maryland estimated that hospitals treated 3549 patients suffering from firearm-related injuries, which involved total healthcare costs of $60.3 million.[4] This is twice the number of injuries and almost a 19% increase in cost from 2022 to 2024, showing that the cost of gun violence is increasing.[5] These healthcare costs include short-term procedures such as emergency room visits, surgery, hospitalization, medical supplies, prescriptions, and follow-up care. In

---

[1] CDC, Nat'l Ctr. for Injury Prevention and Ctrl., Web-based Injury Statistics Query & Reporting Sys. (WISQARS), *Injury Counts and Rates*, https://wisqars.cdc.gov/reports/ (accessed May 30, 2025).
[2] Md. Dep't of Health, *Maryland Electronic Surveillance System for Early Notification of Community-based Epidemics (ESSENCE)* (May 2025).
[3] G.R. Baum et al., *Gunshot Wounds: Ballistics, Pathology, and Treatment Recommendations, with a Focus on Retained Bullets*, 14 Orthop. Res. Rev. 293 (2022).
[4] Md. Health Cost Rev. Comm'n, *Case Mix Data* (May 2025).
[5] *Id.*

addition, costs can incur for long-term treatments for victims of gun violence and their families such as at-home nursing care, follow-up surgeries and treatment, spinal cord treatment, and rehabilitation centers. In 2023, there were 737 firearm fatalities in Maryland with a total medical cost of $5.72 million, a total value of statistical life cost of $8.34 billion, for a total combined cost of $8.35 billion.[6]

### Health Impacts and Costs of Accelerated Fire

7.  According to the Bureau of Alcohol, Tobacco, and Firearms and Explosives (ATF), at least 36 machinegun conversion devices were recovered in Maryland by law enforcement in 2023.[7] A machinegun conversion device is a part, or a combination of parts, that modifies a semi-automatic firearm making it capable of firing automatically more than one shot by a single press of the trigger.[8]

8.  Firearms with an accelerated rate of fire often cause more severe injuries and damage for victims because a single victim is more likely to be hit by multiple bullets. The ability to fire projectiles more rapidly into a body causes more significant injury, organ, and tissue damage. A person can be hit multiple times before they have a chance to react, escape, or protect themselves. Each bullet can damage organs, muscles, bones, and blood vessels—and when many bullets hit close together, the damage adds up quickly. It can lead to shattered bones, torn tissues, and severe bleeding. The body also doesn't have time to respond or try to limit the damage, like slowing the bleeding or bracing for impact. Some high-speed bullets can even cause a pressure wave inside the body, which can harm areas far from the bullet's path. With

---

[6] WISQARS, *supra* note 1.
[7] ATF, *Firearms Trace Data: Maryland—2023*, https://www.atf.gov/resource-center/firearms-trace-data-maryland-2023 ((last updated Dec. 9, 2024).
[8] ATF, Fact Sheet, *Machine Gun Conversion Devices* (2024), https://www.justice.gov/usao-wdwi/media/1380026/dl?inline.

so many shots fired, there's also a much higher chance that at least one will hit a vital area like the heart, lungs, or brain. On top of the physical effects, high-rate-of-fire weapons create panic, making it harder for others to provide emergency care, which can make injuries worse. All of this means that when a weapon fires many rounds quickly, the injuries it causes are usually more severe and more likely to be deadly.[9]

9. Firearms with an accelerated rate of fire often cause there to be a higher number of total victims as a result of a shooting. The ability to more rapidly fire projectiles increases the likelihood that a shooter will hit multiple victims, which also increases risks to bystanders. Due to the higher volume of projectiles, there is greater risk to those not involved in the incident as well as to those trying to render aid. Weapons with a higher rate of fire shoot many bullets very quickly, allowing the shooter to potentially hit more people in a short amount of time. This makes it easier to harm multiple people before anyone can run away, hide, or stop the attack. In crowded places, the fast-firing means bullets can spread out and hit several people at once, even if they aren't the main targets. Also, the noise and panic caused by rapid gunfire can make it harder for others to respond or escape, leading to even more people getting hurt. Overall, the speed and volume of shots from high-rate-of-fire weapons make them much more dangerous in situations where many people are nearby.[10-11]

10. Furthermore, firearms that fire projectiles into a body at a higher velocity, such as those using machinegun conversion devices, also cause more significant injury, organ, and tissue damage. The kinetic energy from these projectiles carry more energy, which produces more tissue

---

[9] E. Jager et al., *Lethality of civilian active shooter incidents with and without semiautomatic rifles in the United States*, 320 J. Am. Med. Ass'n 1034 (2018), https://pmc.ncbi.nlm.nih.gov/articles/PMC6143093/.
[10] L. Klarevas et al., *The Effect of Large-Capacity Magazine Bans on High-Fatality Mass Shootings, 1990–2017*, 109 *Am. J. Pub. Health* 1754 (2019), https://doi.org/10.2105/AJPH.2019.305311.
[11] D.C. Reedy & C.S. Koper, *Impact of handgun types on gun assault outcomes: A comparison of gun assaults involving semiautomatic pistols and revolvers*, 9 *Injury Prevention* 151 (2003).

damage. The speed and velocity can create blast effects and larger exit wounds, increasing the likelihood of internal bleeding.

11. Combining a rapid rate of fire with a high velocity means that a victim is more likely to receive multiple gunshot wounds while also increasing the probable severity of those wounds. In addition, it increases the probability that a higher number of victims will experience these impacts. The more significant injuries caused by firearms with an accelerated rate of fire and higher firing velocity leads to more medical complications for patients, which increases costs for hospitals and healthcare providers in treating patients.

12. When a shooting involves a greater number of victims, it places significant strain on the medical system. Multiple victims and mass shooting incidents require a comprehensive rapid response that includes decontamination, mass triage, multiple simultaneous operations, additional security, and administrative processing. Sometimes mass shooting incidents require multiple hospital responses at once. This all-encompassing response increases costs to the state hospital and healthcare providers treating such patients. In addition, hospital systems need to be prepared for the potential of these mass shooting events when weapons with modified high-rates-of-fire are available. Hospitals could incur costs for emergency preparedness and training for these incidents. This would include the development of the emergency plan, conducting training and drills for staff and medical providers, and purchasing the necessary medical supplies for a mass casualty event.

13. Modified weapons often allow shooters to inflict more lethal damage in less time, reducing the window for emergency care. Modified high-rate-of-fire weapons dramatically increase the number of victims, the severity of their injuries, and the long-term burden on healthcare

systems and communities.  These weapons not only make shootings deadlier but also leave lasting medical, psychological, and systemic damage.

<u>Impacts of Gun Violence on Victims and Families</u>

14. Gun violence has severe, often lifelong effects on victims, their families, and their communities.  Gun violence leaves emotional scars on families, overwhelms emergency and trauma care systems, and strains public health resources.  Emotional trauma impacts not only the victims and their families, but the medical professionals who treat them.

15. For instance, survivors of firearm-related injuries suffer significant, long-term mental health impacts, including increased diagnoses of psychiatric disorders, substance abuse disorders, and pain.  According to a 2025 study, a "majority of individuals exposed to shootings—whether mass or non-mass—experience mental health issues, including anxiety, depression, PTSD, and panic attacks, with prevalence rates as high as 94.4%".[12]  Another study from 2018 reinforces this fact, stating that victims of gun violence are at a higher risk of anxiety, depression, post-traumatic stress disorder, and substance use.[13]

16. Survivors of firearm-related injuries require increased healthcare and have significantly increased healthcare expenses, and victims with more severe wounds from firearms with rapid-fire technology could experience additional treatment and amplified healthcare costs.  Victims

---

[12] J. Peterson et al., *Mental health consequences of exposure to mass and non-mass shootings in a national sample of US adults*, 3 *Nature Mental Health* 530 (2025), https://www.nature.com/articles/s44220-025-00413-7#:~:text=Anxiety%2Ffear%20was%20the%20most,%2C%20with%2074.2%25%20reporting%20sympt oms.

[13] R.M.C. Kagawa et al., *Firearm Involvement in Violent Victimization and Mental Health: An Observational Study*, 169 *Annals Internal Med.* 584 (2018).

of non-fatal firearm injuries experience significantly higher medical costs than peers not exposed to firearms, and they experience four times the cost the first year after injury.[14]

17. Family members of those who die in firearm-related incidents and of survivors of firearm-related injuries similarly experience a deterioration of their mental health.[15] They can experience severe, often lifelong impacts, including an increase in diagnoses of psychiatric disorders. Psychiatric disorders increased substantially more among decedents' mothers (358%), fathers (532%), and siblings (227%). Parents also exhibited a rise in psychiatric visits and medications.[16]

18. In addition to worsened health outcomes and increased healthcare costs to victims and their families, shootings can have a broader impact on the communities impacted by gun violence. As more weapons with rapid-fire capabilities become available in communities, communities would be at higher risk of bystander shootings. This potential scenario creates fear in communities and reticence to gather together outside their homes, leading to the deterioration of close-knit neighborhoods.

19. The long-term effects of gun violence lead to worsened health outcomes for victims and increased healthcare costs for their families and health care providers, including state hospitals. Many victims can face chronic pain, mobility issues, and profound psychological trauma, including post-traumatic stress, anxiety, and depression. These needs often go unmet in

---

[14] Z. Song et al., *Changes in Health Care Spending, Use, and Clinical Outcomes After Nonfatal Firearm Injuries Among Survivors and Family Members: A Cohort Study*, 175 *Annals Internal Med.* 795 (2022). https://pubmed.ncbi.nlm.nih.gov/35377713/.

[15] *Id.*

[16] Z. Song et al., *Firearm Injuries In Children And Adolescents: Health And Economic Consequences Among Survivors And Family Members*, 42 *Health Affairs* 1541 (2023), https://www.healthaffairs.org/doi/10.1377/hlthaff.2023.00587.

traditional care models, leaving survivors without adequate support to fully heal and reintegrate into their communities.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 5ᵗʰ day of June, 2025, in Baltimore, MD.

_____

Jenifer Pauliukonis, MPH, Executive Director

Center for Firearm Violence Prevention and
Intervention, Maryland Department of Health

8