Exhibit 23

## DECLARATION OF ROSEMARY CHAPPELL

Pursuant to 28 U.S.C. § 1746, I, Rosemary Chappell, hereby declare as follows:

1. I am a resident of Maryland. I am over the age of 18. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am a Lt. Colonel with the Maryland Department of State Police ("MDSP"), a position I have held since 2023. I oversee MDSP's Criminal Investigation Bureau, including the Licensing Division, which oversees the licensing of regulated firearms in Maryland.

3. I have personal knowledge of the matters set forth below, or have knowledge of the matters based on my review of information and records gathered by members of my staff.

### The Maryland Department of State Police

4. The Maryland Department of State Police is dedicated to protecting Maryland's citizens and preventing and investigating crime. It is comprised of three Bureaus: The Criminal Investigation Bureau, The Field Operations Bureau, and the Support Services Bureau.

5. MDSP has statewide jurisdiction but does not normally provide law enforcement services outside of highways in incorporated municipalities (including Baltimore City) or in Maryland's five biggest counties (Baltimore County, Howard County, Anne Arundel County, Prince George's County, and Montgomery County).

6. In Maryland's other 18 counties, MDSP provides a full range of law enforcement services and investigates adult and juvenile criminal offenses such as homicide, sexual assault, burglary, robbery, aggravated assault, theft, unlawful possession of a handgun, and other firearm-related offenses.

7. Gun violence is a significant challenge for our State and addressing it is a priority for MDSP. In 2023, there were 413 homicides and 3,349 assaults involving firearms in Maryland.

1

Maryland Law Regarding Forced Reset Triggers and Prohibited Possessors

8. Section 4-305.1 of the Maryland Code's Criminal Law Article prohibits the "manufacture, possess[ion], sale, transport, transfer, purchase, or recei[pt]" of "a rapid fire activator."

9. A "rapid fire activator" is defined as "any device, including a removable manual or power-driven activating device, constructed so that, when installed in or attached to a firearm: (i) the rate at which the trigger is activated increases; or (ii) the rate of fire increases." Md. Code, Crim. L. § 4-301(m)(1).

10. Examples of rapid fire activators include "bump stock[s], trigger crank[s], hellfire trigger[s], binary trigger system[s], burst trigger system[s], [or] switch/auto-sear[s]," as well as "cop[ies]" or "similar device[s]." *Id.* § 4-301(m)(2).

11. Forced Reset Triggers (FRTs) are devices that, "when installed in or attached to a firearm," cause "the rate at which the trigger is activated [to] increase[]" or "the rate of fire [to] increase[]," and therefore constitute a type of rapid fire activator under the statute. *Id.* § 4-301(m)(1).

12. As rapid fire activators, FRTs are illegal to "transport . . . into the State" or to "manufacture, possess, sell, offer to sell, transfer, purchase, or receive" in Maryland. *Id.* § 4-305.1.

13. Maryland also prohibits possession of regulated firearms by persons who have been convicted of certain crimes. Md. Code, Public Safety § 5-133.

14. The term "regulated firearm" means handguns and "specific assault weapons or their copies," including those that have been modified by installation of FRTs. *Id.* § 5-101(r).

15. Similarly, under 18 U.S.C. § 922(g), anyone who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year (along with other enumerated factors) may not "ship or transport in interstate or foreign commerce, or possess in or affecting

2

commerce, any firearm or ammunition," or "receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce."

<u>Prevalence of Forced Reset Triggers in Maryland</u>

16. Rapid fire activators—a category that includes FRTs and other machinegun conversion devices—often are used in criminal activity targeting Maryland residents.

17. In Baltimore, for example, another type of rapid fire activator—auto-sears—have been found on Glock handguns recovered after dozens of shootings, carjackings, and drug crimes. *See Mayor & City Council of Baltimore v. Glock, Inc.*, No. C-24-CV-25-001450 (Md. Cir. Ct.).

18. In July 2022, MDSP's Homicide Unit and the Maryland Gun Center investigated a shooting at an outdoor Fourth of July Party on the Eastern Shore of Maryland. A Glock 27 .40 caliber fully automatic handgun equipped with a "bang switch"—another type of rapid fire activator— was recovered during the investigation, which ended with multiple convictions for firearm crimes, assault, and manslaughter.

19. The Maryland Gun Center currently has 41,822 firearms recorded in our database as having been reported as part of a firearms-related investigation between July 1, 2019, and June 2, 2025. Although the Gun Center does not track FRTs, specifically, some of the firearms reported certainly will have been equipped with FRTs or other rapid fire activators.

20. According to public data from the Bureau of Alcohol, Tobacco, and Firearms and Explosives (ATF) website, law enforcement requested traces for at least 36 machinegun conversion devices in Maryland in 2023. ATF, *Firearms Trace Data: Maryland—2023*, https://www.atf.gov/resource-center/firearms-trace-data-maryland-2023 (last updated Dec. 9, 2024).

3

21. I understand that the United States recently entered into a settlement agreement in which it promised (a) to return all FRT-equipped devices in its possession to any owner—even those who are not permitted to possess firearms or reside in States that prohibit FRTs or FRT-equipped weapons—and (b) not to enforce against anyone, in perpetuity, any interpretation under which an FRT is "contended to be" a machinegun under the National Firearms Act. I also understand, based on statements from ATF personnel, that as of August 1, 2024, ATF had in its possession 11,884 FRTs.

22. I anticipate that if ATF returns the FRT-equipped weapons as it has promised, the number of FRTs and FRT-equipped firearms in Maryland will increase. Not only will some FRT-equipped weapons be returned to Maryland residents, but also others will be returned to persons or distributors who bring FRT-equipped devices into Maryland or transfer or resell those devices to Maryland residents.

23. Furthermore, interstate trafficking of firearms and related devices—even when banned under State law—is a common problem regularly confronted by law enforcement in Maryland. MDSP routinely recovers firearms and related devices that are banned within Maryland, including weapons that are used for criminal purposes.

24. I anticipate that the widespread distribution of FRTs will likely lead to their increased use, including in criminal incidents in Maryland.

Cost of Responding to Incidents Involving Forced Reset Triggers

25. Maryland incurs greater costs when responding to crimes committed with FRTs and other devices that increase a weapon's rate of fire. Crimes committed using rapid fire activators can result in more casualties and leave behind a greater numbers of victims and pieces of evidence

(such as shell casings).  Thus, crime scenes can become more complicated and MDSP will need to send larger numbers of senior and specially trained personnel to scenes.

26. The salaries of MDSP Troopers who directly investigate gun crimes range from $77,000 for an entry-level Trooper to $159,000 for a Detective Sergeant.  Every additional law enforcement officer who is needed to respond to FRT-related gun crimes represents an increased cost to the State, and the cost is higher for more senior officers.

27. In addition, as new firearm technologies are introduced into the market, Maryland's law enforcement officers require additional training to be able to recognize, track, and safely handle such technologies.  The lack of a nationwide prohibition on FRTs will lead to greater proliferation of FRTs in Maryland, and MDSP will need to task more senior personnel with extensive training to investigate cases that involve them.

28. For example, responding law enforcement officers must be able to recognize FRTs to know to recover them from crime scenes or during firearm seizures, and ballistics lab technicians must be able to identify FRTs when analyzing firearms that come into the lab.  Additionally, law enforcement must receive training on how to safely handle firearms equipped with FRTs or may be required to seek assistance from additional personnel.  Because firearms equipped with machinegun conversion devices are dangerous to handle and test, it takes longer to investigate crimes committed with them, which ultimately increases the resources that MDSP must devote to investigating FRT-related crimes.

29. As a result of the increase in FRTs within its borders described above, Maryland will need to divert greater law enforcement resources to enforce Maryland's own ban on FRT-equipped firearms, Section 4-305.1 of the Criminal Law Article.  This includes providing a higher level

of training to police officers and having more specialized personnel available to respond to crime scenes and gun seizures.

30. In addition, ATF's agreement to return all FRTs in its possession to any owner—including those who may not lawfully possess firearms—will also contravene State law that prohibits firearm possession by those with certain criminal convictions. *See* Md. Code, Public Safety § 5-133. Enforcing these State laws against Maryland residents who are prohibited from any firearms (including those equipped with FRTs) will also lead to increased state law enforcement costs.

31. MDSP's annual budget for fiscal year 2025 exceeded $600 million. The vast majority of that amount is used for law enforcement efforts, including enforcement of Maryland's laws against illegal firearms and firearm accessories such as FRTs. As described above, the entry of more FRTs into Maryland as a result of ATF's settlement agreement will place additional pressure on law enforcement resources and MDSP's budget.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this ___ day of June, 2025, in Maryland_____.

Rosemary Chappell
Lt. Colonel/Bureau Chief
Maryland Department of State Police

6