# Exhibit 24

## DECLARATION OF DR. SARAH LYON-CALLO

Pursuant to 28 U.S.C. § 1746, I, Dr. Sarah Lyon-Callo, hereby declare as follows:

1. I am a resident of Michigan. I am over the age of 18. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am Senior Deputy Director for Public Health Administration for the Michigan Department of Health and Human Services (MDHHS), a position I have held since 2022. In this role, I have responsibility for administrative oversight of the Bureau of Laboratories, Bureau of Health and Wellness, Bureau of Epidemiology and Population Health, Bureau of HIV/STI Programs, the Bureau of Infectious Disease Prevention, Environmental Health Bureau, Office of Community Violence Intervention, and Office of Public Health Transformation. This position coordinates public health services and supports the mission and vision set forth by the Chief Medical Executive and Department Director. Prior to holding this position, I served as the State Epidemiologist and Director of the Bureau of Epidemiology and Population Health.

3. I have personal knowledge of the matters set forth below or have knowledge of the matters based on my review of information and records gathered by members of my staff.

### Michigan Department of Health and Human Services

4. MDHHS is responsible for providing services and administering programs to improve the health, safety, and prosperity of the residents of the state of Michigan.

5. The Public Health Administration protects and improves the health of Michigan individuals, families, communities, and populations.

### Health Impacts and Costs of Gun Violence

6. Gun violence has a profound impact on the health and well-being of the communities in Michigan. According to the Michigan Gun Violence Prevention Task Force Initial Report, Michigan has the 29th highest rate of firearm death in the nation with 1,384 deaths in 2023 ((MDHHS), 2025). Firearms are the leading cause of death for children and adolescents in Michigan and firearm mortality is highest in youth and young adults (primarily firearm homicide) and in older adult populations (primarily firearm suicide). Firearm mortality affects every Michigan county. Literature demonstrates that nationally, as well as in Michigan, that some groups have higher rates of firearm injury than others. These inequities are driven by social and structural conditions, such as historic disinvestment, racism, and poverty. According to the report, Black or African Americans have the highest firearm mortality rates in Michigan followed by Native American or Alaskan Native populations ((MDHHS), 2025). Research shows that typically there are twice as many nonfatal injuries compared to deaths (Goldstick JE, 2021 ). People who survive firearm-related injuries may experience long-term consequences and often have significantly worse health and functioning compared to the general population as well as compared to other types of traumatic injuries (Sdyney C. Timmer-Murillo, 2023). In Michigan, 2,075 Medicaid beneficiaries were treated for firearm-related injuries in calendar year 2024. The injuries that result from gun violence are extremely serious. There are three types of gunshot wounds (GSW): nonpenetrating, penetrating and perforating. The severity of the injury is dependent on the location of the entry and exit wounds as well as the structures and impact on the body in between the entry and exit wound. In terms of injuries, GSW victims can experience local wounds, bleeding, superficial fragments in the body (shrapnel), bone fractures, nerve and organ damage, chronic pain, infections, brain injuries, bowel perforation, paralysis and spinal

cord injuries and other conditions. These injuries can require a wide range of treatments, including the control of persistent bleeding, wound cleaning, antibiotic therapy, blood transfusions, operative management (surgeries removing bullets, repairing organs, tissues, minimization of intracranial pressure, amputations, etc.), pain management, rehabilitation, and others.

7. Gun violence has a profound impact on the State of Michigan's healthcare costs. In 2022, MDHHS estimates that there were 1,639 nonfatal firearm injury cases treated in the emergency department. Of these, a little over half, 56.1% (n=919) had Medicaid listed as their primary payor. As mentioned, in 2024, 2,075 Medicaid beneficiaries had claims/encounters that involved firearms. The cost for Medicaid claims/encounters for the firearm-related diagnoses in 2024 is estimated to be $19,691,522; the bulk of the costs were for inpatient procedures ($15,702,034). Additional procedures included nursing, outpatient and professional services. Most firearm injuries are intentional and are all preventable.

<u>Health Impacts and Costs of Accelerated Fire</u>

8. Firearms with an accelerated rate of fire often cause more severe injuries and damage for victims because a single victim is more likely to be hit by multiple bullets. The ability to more rapidly fire projectiles into a body causes more significant injury, organ, and tissue damage. When there are shots fired at a faster rate, there could be more persons hit, and more wounds inflicted per victim (Christopher S. Koper, 2004). Multiple gunshot wounds are associated with higher mortality, more intensive care unit days, and longer length of stays (Carr BG, 2008)

9. Firearms with an accelerated rate of fire often cause there to be a higher number of total victims as a result of a shooting. The ability to more rapidly fire projectiles increases the

likelihood that a shooter will hit multiple victims, which also increases risks to bystanders. Due to the higher volume of projectiles there is greater risk to those not involved in the incident as well as to those trying to render aid.

10. Furthermore, firearms that fire projectiles into a body at a higher velocity, such as rifles, also cause more significant injury, organ, and tissue damage. The kinetic energy from these projectiles carry more energy, which produces more tissue damage.

11. Combining a rapid rate of fire with a high velocity means that a victim is more likely to receive multiple gunshot wounds while also increasing the probable severity of those wounds. In addition, it increases the probability that a higher number of victims will experience these impacts. The more significant injuries caused by firearms with an accelerated rate of fire and higher firing velocity leads to more medical complications for patients, which increases costs for hospitals and healthcare providers in treating patients. As mentioned, studies have shown that multiple gunshot wounds are associated with higher mortality, more intensive care unit days, and longer length of stays. This is also true with patients who have multiple regions injured because of gunshot wounds (Carr BG, 2008).

12. When a shooting involves a greater number of victims, it places significant strain on the medical system. For example, for victims of GSW, time is of the essence. People can bleed to death in a matter of minutes, and lifesaving procedures, including surgery, often needs to be performed. Any delays in accessing trauma care increases mortality (Adam Rowh, 2025). The more GSW victims, the greater need for trauma resources, which can strain health systems emergency departments and intensive care units. Depending on the severity of the injury, for example spine and traumatic brain injuries, GSW victims may need to be transferred to level 1 trauma center. As of January 2025, there are ten level 1 trauma centers

for adults and three pediatric level 1 trauma centers in Michigan (MDHHS, 2025). These additional complications increase costs to the hospitals and healthcare providers treating such patients.

## Impacts of Gun Violence on Victims and Families

13. Gun violence has severe, often lifelong effects on victims, their families, and their communities.

14. For instance, survivors of firearm-related injuries suffer significant, long-term mental health impacts, including increased diagnoses of psychiatric disorders, substance abuse disorders, and pain. Although most survivors show resilience, there is an increased risk of poor health, disability, and mental disorders after a firearm injury. Studies have shown that post six months of the injury, GSW adult survivors have higher rates of post-traumatic stress disorder (PTSD), anxiety, depression, and self-reported stress levels (Sdyney C. Timmer-Murillo, 2023). For younger survivors of GSW, they can experience similar impacts. In a sobering study using commercial insurance claims data, child and adolescent survivors experienced a 117% increase in pain disorders, a 68% increase in psychiatric disorders and a 144% increase in substance use disorders compared to the control group (Zirui Song, 2023).

15. Survivors of firearm-related injuries require increased healthcare and have significantly increased healthcare expenses due to profound, life altering and/or near-death medical events. Hospital and rehabilitation stays, along with chronic conditions such as traumatic brain injuries, chronic pain, paralysis, and PTSD can yield costly medical expenditures and cost our country tens of billions of dollars a year in medical and lost productivity costs (Centers for Disease Control and Prevention, 2024). Youth firearm injury survivors' average

health care spending increased by almost $35,000 in the first year, more than 17 times more than their pre-injury healthcare spending (Zirui Song, 2023).

16. Family members of those who die in firearm-related incidents and of survivors of firearm-related injuries similarly experience severe, often lifelong impacts, including an increase in diagnoses of psychiatric disorders. Family members have an increase of pain diagnoses, psychiatric disorders, and substance use disorders (Semenza, 2024). Often, there is a culmination of trauma due to a variety of reasons, including but not limited to unresolved trauma, lack of access to resources, and poverty. Parents of firearm injury survivors experienced a 31% increase in a psychiatric disorder, with 75% more mental health visits by mothers and a 5–14% reductions in mothers and siblings' routine medical care. For family members of decedents, they experienced much larger 2.3–5.3-fold increases in psychiatric disorders, with a least a 15.3-fold more mental health visits among parents (Zirui Song, 2023). Conversely, children who have experienced the loss of a parent or caregiver due to firearm injury face immediate challenges and developmental impacts. This can include issues related to PTSD, depression, suicide ideation, housing instability, separations, and reduced school attendance and performance (Everytown For Gun Safety, 2024).

17. In addition to worsened health outcomes and increased healthcare costs to victims and their families, shootings can have a broader impact on the communities MDHHS serves. The impact of gun violence on communities is complex. Community trauma due to gun violence can shatter families, leave people in grief, overstretch systems, and fracture community ties and cohesion. Indirect exposure to gun violence, such as witnessing a shooting or hearing gunshots, can create an atmosphere of fear and isolation, and can affect a sense of safety (Substance Abuse and Mental Health Services Administration (SAMHSA), 2025). In a study

of over 16,000 neighborhoods in 100 of the largest cities in the U.S., gun violence was linked to poorer health in whole neighborhoods for the following year after a shooting (Semenza, 2024). In addition, there are impacts to local economies, including the decline of new retail and service businesses, which can lead to fewer local jobs and available establishments, such as a grocery store. Gun violence within a neighborhood can also lead to declining housing values. All of these can then reinforce ongoing cycles of poverty, economic disinvestment and the destabilization of communities (Megan Ranney, 2020). The City of Detroit, along with the National Institute for Criminal Justice Reform, did a study on the cost of gun violence for the city, examining the direct cost for various systems (public safety, criminal justice, medical) as well as victim support and lost revenue. The cost is $1.7 million dollars per fatal shooting and $1.3 million for a non-fatal shooting ((NICJR), 2023).

18. The long-term effects of gun violence led to worsened health outcomes for victims and increased healthcare costs for their families and health care providers. In 2024, the estimated costs for firearm related claims for Medicaid in Michigan was over $19 million dollars.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 6th day of June, 2025, in Michigan.

Dr. Sarah Lyon-Callo
MDHHS

References

(MDHHS), (2025). *Michigan Gun Violence Prevention Task Force.* Lansing: MDHHS. Retrieved June 4, 2025, from https://www.michigan.gov/mdhhs/-/media/Project/Websites/mdhhs/Doing-Business-with-MDHHS/Gun-Violence-Taskforce/GVPTF-Report-1-DRAFT-(1).pdf?rev=3e476f23179048cba79d6ac159c2ec0a&hash=B33C67ECDE890A2F9E406A8B7B020B11

Adam Rowh, M. Z. (2025). Patterns of U.S. Firearm Injury Emergency Department Visits by Month, Day, and Time During 2018-2023. *Annals of Internal Medicine, 178*, 663-670. doi:10.7326/ANNALS-24-02874

Carr BG, S. C. (2008, Jan). Outcomes Related to the number and anatomic placement of gunshot wounds. *Journal of Trauma, 64(1)*, 197-202. doi:10.1097/TA.0b013e318061b628

Centers for Disease Control and Prevention. (2024, July 5). *Fast Facts: Firearm Injury and Death.* Retrieved June 4, 2025, from Centers for Disease Control and Prevention: https://www.cdc.gov/firearm-violence/data-research/facts-stats/index.html

Christopher S. Koper, D. J. (2004). *Updated Assessment of the Federal Assault Weapons Ban: Impacts on Gun Markets and Gun Violence, 1994-2003.* National Institute of Justice. Retrieved June 4, 2025, from https://nij.ojp.gov/library/publications/updated-assessment-federal-assault-weapons-ban-impacts-gun-markets-and-gun

Everytown For Gun Safety. (2024). *When the Shooting Stops, The Impact of Gun Violence on Survivors in America.* Everytown for Gun Safety. Retrieved June 4, 2025, from https://everytownresearch.org/report/the-impact-of-gun-violence-on-survivors-in-america/

Goldstick JE, C. P. (2021 Mar 1). Current Epidemiological Trends in Firearm Mortality in the United States. *78(3)*, 241-242. doi:https://doi.org/10.1001/jamapsychiatry.2020.2986

MDHHS. (2025). *Michigan Designated Trauma Hospitals.* Lansing. Retrieved June 4, 2025, from https://www.michigan.gov/mdhhs/-/media/Project/Websites/mdhhs/Trauma/Designation/Designation-List/2025/List-of-Designated-Trauma-Facilities-1725.pdf?rev=9069c97af93e4d3c8e3120f4f666715c&hash=184D2B78571691CA4590982D69EF8862

Megan Ranney, C. H. (2020, September). Increases in Actual Health Care Costs and Claims After Firearm Injury. *Annals of Internal Medicine, 173*(12), 949-955. doi:10.7326/M20-0323

Sydney C. Timmer-Murillo, S. J. (2023, Feb). Mental Health and Health-Related Quality of Life After Firearm Injury: A Preliminary Descriptive Study. *Annals of Intern Medicine, 176*, 1010-1012. doi:10.7326/M23-0309

Semenza, D. (2024, March 11). *Health Consequences of Gun Violence Exposure.* (B. U. Health, Producer) Retrieved June 4, 2025, from Public Health Post: https://publichealthpost.org/health-equity/gun-violence-exposure-and-health/

Substance Abuse and Mental Health Services Administration (SAMHSA). (2025). *Trauma-Informed Community Support for the Effects of Mass Violence: A Roadmap.* SAMHSA. Retrieved June 4, 2025, from https://library.samhsa.gov/sites/default/files/trauma-inform-mass-violence-roadmap-pep25-06-003.pdf

(2023). *The Cost of Gun Violence, The Direct Cost to Taxpayers, Detroit Michigan.* National Institute for Criminal Justice Reform. Retrieved June 4, 2025, from https://costofviolence.org/wp-content/uploads/2023/10/Detroit_10.5.2023.pdf

Zirui Song, J. R. (2023). Firearm Injuries in Children and Adolescents: Health And Economic Consequences Among Survivors And Family Members. (42:11), 1541-1550. Retrieved June 4, 2025, from Firearm Injuries In Children And Adolescents: Health And Economic Consequences Among Survivors And Family Members