# Exhibit 25

## <u>DECLARATION OF DR. MACKENZIE COOK</u>

Pursuant to 28 U.S.C. § 1746, I, Dr. Mackenzie Cook, hereby declare as follows:

1. I am a trauma surgeon at Oregon Health and Science University ("OHSU") Hospital in Portland, Oregon. I am over the age of 18. If called as a witness, I could and would testify competently to the matters set forth below.

2. I attended medical school at Duke University before doing my residency in general surgery at OHSU. After residency, I completed a surgical critical care fellowship at Harborview Medical Center in Seattle, Washington. I returned to OHSU in 2017. Since then, I have worked as a trauma surgeon within the division of Trauma, Critical Care and Acute Care Surgery, as well as an associate professor.

3. OHSU is home to one of the two Level 1 trauma centers in Oregon, and we treat more than 4,000 trauma patients a year.

4. As part of my work, I frequently treat gunshot victims. There is some seasonality to gunshots wounds, and we generally see more victims of all categories of violent crime in the summer than we do in the winter. But I would estimate that, on average, there is at least one patient with a gunshot wound every time I am on call.

5. The Oregon Department of Justice asked me to share my perspective as a medical expert on the impact that multiple gunshot wounds can have on the patients that I treat in Portland. It is my hope that my testimony can lead to fewer deaths from gun violence in our state. I am not being compensated for my time or expert services.

6. It may seem obvious that victims with more gunshot wounds are more likely to die or face serious health consequences. But it is not just a linear relationship, with each bullet wound

1

increasing the risk of death or serious harm by a comparable degree. For multiple reasons, the risks to the patient increase with each bullet wound.

7. The more times a victim has been shot, the more likely it is that a critical structure is struck. While even a single bullet wound can be fatal, gunshots to the chest, abdomen and head are often the most serious wounds. They are the most likely to lead rapidly to death, sometimes before the patient arrives at the hospital. My experience with victims of multiple gunshot wounds to the chest and abdomen is that there are often multiple, simultaneous injuries—each of which is life threatening.

8. The presence of multiple bullet wounds complicates treatment decisions. At its core, the treatment of a patient with multiple gunshot wounds is a race. A race to control bleeding and provide blood transfusions faster than the patient is losing blood from the bullet related injuries. The more injuries there are, the more organ spaces they are spread across (e.g., chest, abdomen, pelvis, legs, arms), the harder it is to win that race. Multiple gun-shot wound often require what we call a "damage control" approach to management where we initially stop the bleeding and then pause the operation—often for days—to allow the patient to stabilize in the intensive care unit before returning for reconstruction of the injuries.

9. Many patients who are shot do not die. Patients who survive, however, have a very high risk of developing post-traumatic stress disorder (PTSD) and chronic pain. The risk of PTSD may not be directly related to the severity of injury, and can be very debilitating. If their injuries are severe, their quality of life may be much less than before the injury. I have personally seen bullet wounds results in lower and upper extremity paralysis, chronic pain, disfiguring facial wounds, loss of the use of a dominant hand, and intestinal injuries so severe that a life-long colostomy was required.

10. A separate but related challenge can occur when a hospital receives multiple victims with gunshot wounds at the same time. Even at a Level I trauma center like OHSU, we have a limit to the available staff and resources on short notice. An influx of patients with gunshot wounds, would happen in the event of a mass shooting, or several shootings in one night, would severely strain our resources. We would be forced to triage patients and a mass casualty incident such as this would also significantly impact our ability to provide care to other patients in the hospital.

11. We also could be affected by a mass shooting outside of the Portland area. As one of the largest trauma centers in the state, we frequently receive patients from smaller hospitals. If a smaller hospital were overwhelmed as the result of a mass shooting, we would be called upon to help manage the load of patients, in conjunction with the entire Oregon trauma system. A large shooting event in a rural setting would likely have a very high mortality rate as the resources of a smaller hospital can be quickly overwhelmed and the time needed for transport to a larger hospital system makes it harder to win the race against blood loss.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 6th day of June, 2025, in Portland, Oregon.

Dr. Mackenzie Cook

3