Exhibit 28

## DECLARATION OF FREDERICK P. RIVARA, MD, MPH

Pursuant to 28 U.S.C. § 1746, I, Frederick P. Rivara, hereby declare as follows:

1.      I am a resident of Washington State. I am over the age of 18. If called as a witness, I could and would testify competently to the matters set forth below.

2.      I am a Professor of Pediatrics and Adjunct Professor of Epidemiology at the University of Washington, where I have been a faculty member for the last 40 years. I practice clinically at Harborview Medical Center, Washington State's only Level I regional adult and pediatric trauma center and a part of UW Medicine.

3.      I have devoted my career to the study and prevention of injuries to individuals of all ages, and this has included injuries related to firearms. I have published over 800 articles in the peer-reviewed scientific literature, mostly on injuries. I was the initial director of the University of Washington's Firearm Injury & Policy Research Program, which is funded by the State of Washington. I have been recognized for my work with a number of awards, including American Academy of Pediatrics, Section on Injury and Poison Prevention, Physician Achievement Award, 1994; the American Public Health Association, Injury Control and Emergency Health Services Section Distinguished Career Award, 1995; the Charles C. Shepard Science Award, Centers for Disease Control and Prevention, 1998; the Injury Free Coalition Prevention Pioneer Award, 2015; the Pediatric Trauma Society Lifetime Achievement Award, 2016; and election to the National Academy of Medicine (formerly Institute of Medicine), 2005.

<u>Health Impacts and Costs of Gun Violence</u>

4.      Firearm injuries and deaths are an enormous public health problem and have been for decades. In 2023, more than 46,000 individuals in the U.S. died from firearm injuries.[1] Over the last 100 years, there has been a 95% reduction in the number of deaths per mile driven from motor vehicle crashes, due to a combination of laws and regulations on motor vehicles, drivers, roads and highways, as well as improved medical and surgical care of trauma patients. In contrast, the rate of deaths from firearms per 100,000 population has not declined as rapidly, and actually increased between 2001 and 2023 nearly one-third. Firearm injuries are a public health crisis that shows no sign of abating.[2] As with other public health problems, the State has a duty to reduce the risk of injury and death to residents of the state, using every appropriate means available. The health cost to the State is too great to ignore firearm injuries.

5.      In Washington State, there were 1,053 deaths from firearms in 2023 and the number of deaths from firearms has exceeded those from motor vehicles every year since 2008.[3] In King County, 41% of the shooting victims were under the age of 25.[4]

6.      It is also instructive to compare the number of people dying from firearms in the U.S. to those dying from other causes. In 2023, the last year data are available from the CDC, for those under the age of 45 years, 17,423 people died from cancer, and 1,1175 from AIDS. In contrast, 27,174 people in this age group died from firearms.

---

[1] Centers for Disease Control and Prevention. Injury Prevention & Control: Data and Statistics (WISQARS) (2025).

[2] Howard Bauchner, Frederick P. Rivara, Robert O. Bonow, et al, *Death by Gun Violence-A Public Health Crisis*, 318 JAMA 1731 (2017).

[3] Centers for Disease Control and Prevention. Injury Prevention & Control: Data and Statistics (WISQARS) (2025).

[4] King County Prosecuting Attorney's Office, 2024 Year End King County Firearm Violence Report, https://cdn.kingcounty.gov/-/media/king-county/depts/pao/documents/data-reports/shots-fired-reports/2024-yearend-report.pdf?rev=5ea6751622604ad2aeedc0d6e0fda8f9&hash=75B882793CFE875B1A3B402EC21A2E77.

7.    It is very clear that firearms are an enormous public health problem that dwarfs many other problems in the U.S. and in Washington State.

8.    Firearms with a high rate of fire pose special risks to the public because of the number of bullets that can be shot in a very short period of time.

9.    A recent study from Minneapolis[5] found that incidents involving more than 10 shots fired were about 3-fold more likely to result in multiple victims shot than incidents involving 10 or fewer shots fired. Forced reset triggers are designed specifically to provide that ability to fire many bullets in a very short period of time. A national study of homicides using data from 2003-2017 found a significantly higher percentage of both mass and multiple homicide incidents were perpetrated with semi-automatic firearms which allow more rounds to be fired in a short period of time compared with single-victim homicides, with more wounds per fatal injury in the former.[6]

10.    In terrorist attacks captured in the Global Terrorism Database between 2002-2016, the highest proportion of attacks involving firearms was in the US (20.4%). The number of fatalities per attack was also highest when firearms were used (4.75 fold higher than attacks with explosives).[7]

One measure of the public health impact of semiautomatic assault rifles is the effect of bans of semiautomatic assault rifles and high-capacity magazines. There is increasing data supporting the effect of the 1994-2004 federal assault weapons ban in decreasing firearm fatalities.

---

[5] Christopher S. Koper, William D. Johnson, Kenneth Stesin, Jeffery Egge, *Gunshot victimisations resulting from high-volume gunfire incidents in Minneapolis: findings and policy implications*, Injury Prevention (2019).

[6] Katherina A. Fowler, Rachell A. Leavitt, Carter J. Betz, Keming Yuan, Linda L. Dahlberg, *Examining differences between mass, multiple, and single-victim homicides to inform prevention: findings from the National Violent Death Reporting System*, Injury Epidemiol (2021)

[7] Robert A. Tessler, Stephen J. Mooney, Cordelie E. Witt, Kathleen O'Connell, Jessica Jenness, Monica Vavilala, Frederick P. Rivara, *Use of firearms in terrorist attacks: differences between the US, Canada, Europe, Australia, and New Zealand*, JAMA Internal Medicine (2017).

Donohue and Boulouta[8] examined the effect of the federal assault weapons ban on mass shootings. While the violent crime rate has steadily decreased from 1994 to the present, the number of gun fatalities in mass shootings decreased from 81 total during the 11-year period of 1984-1994 to 49 total during the 10 years of the assault weapons ban, but increased dramatically to 219 total during the 10 years thereafter, and was 217 total from 2015 to September 2, 2019. The number of deaths per incident was 8.2 during the assault weapons ban, but is 18.1 from 2015 to the present.

<u>Health Impacts and Costs of Accelerated Fire</u>

11.    Injuries from firearms are a major burden on the health care system. If the firearm injury victim does not die at the scene of the injury, that person is brought to a hospital, often times trauma centers such as Harborview Medical Center. Trauma centers are very good at saving lives of injured patients, and the chances of survival are much better in such trauma centers than at community hospitals.

12.    Unfortunately, the difficulty treating victims of firearm injuries has increased in recent years. While deaths from other mechanisms of injury such as motor vehicle crashes have decreased over time due to the care provided in trauma centers, the case-fatality rate—the proportion of gunshot wound (GSW) victims who die—has been increasing over the last decade. The reason for this is that the severity of GSW injuries has increased, likely due to more bullet wounds per person, the higher caliber of bullets, and the increased severity of those wounds. The improvements in trauma care that have led to reductions in deaths from other causes of trauma have not been able to keep pace with the severity of the GSW injuries now being treated in trauma centers. In a study of national data from trauma centers between 2003-13, Tessler, colleagues, and I showed that the case fatality rate decreased during this period for motor vehicle crash victims but

---

[8] John J. Donohue III, Theodora Boulouta, *The assault weapons ban saved lives*, SLS Blog: Stanford Univesity (Oct. 15, 2019), https://law.stanford.edu/2019/10/15/the-assault-weapon-ban-saved-lives/.

did not decrease for firearm injury victims. In Los Angeles, case-fatality rates increased by 1.6% per year between 2005 and 2021.[9] Case-fatality percentages across nearly all injury severity categories were decreasing for motor vehicle crash victims yet stayed flat for firearm assault and unintentional firearm injury victims. Another national study from 1993-2014 showed an increase each year during this period in the severity of GSW patients admitted to hospitals in the US. In the state of California as a whole, case fatality rate for gun assaults increased by 13.5% between 2005-2019.[10]

13.    Injuries from weapons with a high rate of fire pose increased clinical challenges. In some of our research at the University of Washington, we examined national data from trauma centers in the U.S. using the National Trauma Databank, 2007-2016 and identified 564 patients which were identified as suffering from gunshot wounds in which a semiautomatic weapon was involved. The injuries sustained by gunshot wounds from semiautomatic weapons were more severe than those sustained from other firearms. Those injured with a semiautomatic weapon were more likely to be admitted to the ICU than victims shot with other types of firearms (46.1% compared to 32.7%). Firearm assault victims shot with a semiautomatic weapon also needed more operations than victims shot with other types of firearms (mean of 9.6 operations compared to 5.6). I also found that among firearm assault injuries where a type of firearm was specified, mortality was higher among victims of semiautomatic weapons than other firearm injury types, 16.3% versus 12%. At Harborview Medical Center the median charge (2012-2018) for young adult patients

---

[9] P. Jeffrey Brantingham, Miguel Quintana-Navarrete, Clarissa Iliff, Craig D. Uchida, George E. Tita, *Situational and Victim Correlates of Increased Case Fatality Rates in Los Angeles Shootings, 2005-2021*, 101 Journal of Urban Health 272 (2024).

[10] P. Jeffrey Brantingham, George E. Tita, Shelley Jung, Jennifer Ahern, *Assessment of Case Fatality Rates and Overall Prevalence of Firearm Violence in California, 2005-2019*, JAMA Network Open (2022).

injured with semiautomatic weapons was $36,845, more than $10,000 higher than the median charges for firearm injuries, indicating a substantial burden on the health care system.

14. Firearms with an accelerated rate of fire often cause more severe injuries and damage for victims because a single victim is more likely to be hit by multiple bullets. The ability to more rapidly fire projectiles into a body causes more significant injury, organ, and tissue damage. This creates increasing difficulties for surgeons trying to control bleeding during an operation, higher needs for massive transfusions, and higher risk of death from hemorrhage and organ failures.

15. Firearms with an accelerated rate of fire often cause there to be a higher number of total victims as a result of a shooting. The ability to more rapidly fire projectiles increases the likelihood that a shooter will hit multiple victims, which also increases risks to bystanders. Due to the higher volume of projectiles there is greater risk to those not involved in the incident as well as to those trying to render aid. With rapid fire weapons, there is almost no need to aim the weapon; the shooter can just spray the area with bullets.

16. Furthermore, firearms that fire projectiles into a body at a higher velocity, such as rifles, also cause more significant injury, organ, and tissue damage. The kinetic energy from these projectiles carry more energy, which produces more tissue damage.

17. Combining a rapid rate of fire with a high velocity means that a victim is more likely to receive multiple gunshot wounds while also increasing the probable severity of those wounds. In addition, it increases the probability that a higher number of victims will experience these impacts. The more significant injuries caused by firearms with an accelerated rate of fire and higher firing velocity leads to more medical complications for patients, which increases costs for hospitals and healthcare providers in treating patients.

18.     When a shooting involves a greater number of victims, it places significant strain on the medical system. Hospital emergency departments are already suffering from overcrowding, as smaller hospitals close and shift their patients to major centers and public hospitals which also serve as the nation's trauma centers. When a mass casualty event occurs, such as multiple shooting victims, it further strains emergency rooms, and can threaten the quality of care for all patients. "The impact of ED crowding has been well demonstrated. ED crowding causes deaths and delays in care."[11]

### Impacts of Gun Violence on Victims and Families

19.     Gun violence has severe, often lifelong effects on victims, their families, and their communities.

20.     For instance, children and adolescents exposed to mass shootings suffer from a variety of consequences.[12] This includes PTSD, decreased school performance, disruptive behavior at school, depression, and anxiety. Adults exposed to mass shootings also have a heightened risk of PTSD, depression, anxiety, subsequent substance abuse, sleep problems, panic disorder and social phobia, increased fear and decreased sense of safety. "In summary, the limited research suggests that mass shooting incidents can lead to an array of mental health problems in survivors and members of affected communities. Furthermore, they have been associated with increased fears and decreased perceptions of safety in indirectly exposed populations."[13]

21.     Survivors of firearm-related injuries require increased healthcare and have significantly increased healthcare expenses. A study using Medicare and commercial claims data

---

[11] Timothy M. Loftus, Emily G. Wessling Tofovic, *Emergency Department Crowding: A Patient Safety Crisis Hidden in Plain Sight*, Joint Commission Journal on Quality and Patient Safety (2025).

[12] Aine Travers, Tracey McDonagh, Ask Elklit, *Youth Responses to School Shootings: a Review*, Current Psychiatry Report (2018).

[13] Sarah R. Lowe, Sandro Galea, *The Mental Health Consequences of Mass Shootings*, Trauma Violence Abuse (2017).

found that medical spending increased by 400% among survivors in the first year after injury.[14] Survivors had a 40% increase in pain diagnoses, a 51% increase in psychiatric disorders, and an 85% increase in substance use disorders after firearm injury. Family members had a 12% increase in psychiatric disorders relative to their control participants. Survivors have an increased risk of substance abuse, alcohol abuse and PTSD after injury.[15]

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 2 day of June 2025, in Seattle.

_____
Frederick P. Rivara, MD, MPH

[14] Zirui Song, Jose R. Zubizarreta, Mia Giuriato, Erica Paulos, Katherine A Koh, *Changes in Health Care Spending, Use, and Clinical Outcomes After Nonfatal Firearm Injuries Among Survivors and Family Members: A Cohort Study*, Annals of Internal Medicine (2022).

[15] Michael A. Vella, Alexander Warshauer, Gabriella Tortorello, Joseph Fernandez-Moure, Joseph Giacolone, Bofeng Chen, Alexander Cabulong, Kristen Chreiman, Carrie Sims, C. William Schwab, Patrick M. Reilly, Meghan Lane-Fall, Mark J. Seamon, *Long-term Functional, Psychological, Emotional, and Social Outcomes in Survivors of Firearm Injuries*, JAMA Surgery (2020).