# Exhibit 29

# ATF
Bureau of Alcohol, Tobacco, Firearms and Explosives

WHO WE ARE    WHAT WE DO    RESOURCES

Home » What We Do » Mission Areas » Firearms

- Firearms Home
- Tools & Services for Law Enforcement
- Tools & Services for Firearms Industry
- Privately Made Firearms
- Rules and Regulations
- Firearms Forms
- Firearms Licenses
- Firearms Publications
- Firearms Q&As

## Rare Breed Triggers' FRT-15s and Wide-Open Triggers (WOTs) Return

**Update to Rare Breed Triggers' FRT-15 and Wide-Open Triggers (WOT) Return:**

Pursuant to the Settlement Agreement between the United States and Rare Breed Triggers, LLC, Rare Breed Firearms, LLC, National Association for Gun Rights Inc., Texas Gun Rights, Inc. and those individuals named in the agreement, the United States has agreed to return FRT-15s and WOTs seized or taken as a result of a voluntary surrender and that are not evidence in criminal investigations or prosecutions or subject to forfeiture pursuant to 27 C.F.R. Section 478.152 ("eligible FRTs").

As part of the Settlement Agreement, the United States has agreed not to enforce 18 U.S.C. Section 922(o) and the requirements of the National Firearms Act, Gun Control Act of 1968 as amended by the Hughes Amendment to the 1986 Firearm Owners Protection Act, or any similar statute or agency interpretation of 26 U.S.C. Section 5845(b) under which an eligible FRT is contended to be a "machinegun" or otherwise unlawful against any person or organization for possessing or transferring an eligible FRT.

The Settlement Agreement only covers eligible FRTs. Machinegun conversion devices, such as switches, drop-in auto sears, lightning links, or trigger control group travel reducers, are not covered.

**Certain Federal and State Prohibitions Still Apply:**

Some states independently prohibit the possession of forced reset triggers or trigger activating devices. If you live in a jurisdiction in which the possession of a forced reset trigger is prohibited by law, ATF will work with you to return the device in a place where it may be lawfully possessed, or upon request, will transfer the device to a third party who may lawfully receive it.

FRTs will not be returned to individuals who are prohibited by law from possessing firearms.

If you have questions regarding your ability to legally possess an eligible FRT, please consult an attorney.

**Seeking Return of an Eligible FRT:**

ATF will be notifying owners of eligible FRTs by mail and providing instructions as to how to retrieve their device(s). This will be arranged through the local field offices. Specific contact information for the appropriate field office will be in the instructions. Notifications will be sent based on available contact information and mailed no later than June 30, 2025. Pursuant to the Settlement Agreement, all return requests must be made by September 30, 2025.

*Last Reviewed June 9, 2025*

Keep up with the latest ATF updates: