IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

State of New Jersey et al      *

**Plaintiff,**

                               *

v.                             *   Case No. 1:25-cv-01807-PX

Bondi et al                    *

**Defendant.**                 *

### ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the Defendants Kevin Maxwell, Lawrence Demonico, Rare Breed Triggers, Rare Breed Firearms, National Association for Gun Rights

I certify that I am admitted to practice in this Court.

06/17/2025

Date

/s/ Jonathan Shaw

Signature

Jonathan Shaw, Bar #11328

Printed name and bar number

Dhillon Law Group
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314

Address

jshaw@dhillonlaw.com

Email address

703.748.2266

Telephone number

703.748.2266

Fax number

By entering this appearance, my clients are not waiving their right to proper service of process or to contest personal jurisdiction or venue.