IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| State of New Jersey, et al. | * | |
| **Plaintiff,** | | |
| | * | |
| v. | | Case No. 1:25-cv01807-PX |
| **Bondi, et al.** | * | |
| **Defendant.** | * | |

**DISCLOSURE OF CORPORATE INTEREST**

**Check all that apply:**

☒ I certify, as party/counsel in this case that National Association for Gun Rights
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____:
(name of party)

_____.
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

Disclosure of Corporate Interest

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

| (name of member) | (state of citizenship) |
|---|---|
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

6/17/2025

Date

/s/ Jonathan Shaw

Signature

Jonathan Shaw, #11328

Printed name and bar number

Dhillon Law Group
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314

Address

jshaw@dhillonlaw.com

Email address

703.748.2266

Telephone number

703.748.2266

Fax number

By filing this disclosure statement, National Association for Gun Rights is not waiving their rights to proper service of process or to contest personal jurisdiction or venue.