

## UNITED STATES DISTRICT COURT

## DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>Paula Xinis<br>UNITED STATES DISTRICT JUDGE | 6500 Cherrywood Lane<br>Greenbelt, MD 20770<br>(301) 344-0653 |

June 17, 2025

Re:    25-cv-01807-PX, *State of New Jersey et al v. Bondi et al.*

### LETTER ORDER

Dear Parties:

As discussed during today's recorded status conference, the Court sets the briefing schedule and hearing on Plaintiffs' Motion for Preliminary Injunction as follows:

**June 28, 2025**    Defendants' Response(s) to Plaintiffs' Motion for Preliminary Injunction

**July 3, 2025**    Plaintiffs' Reply to Defendants' Response(s)

**July 8, 2025**
**1:00 PM**
**Courtroom 2C,**
**Greenbelt, MD**    Preliminary Injunction Hearing.

Although informal, this correspondence constitutes an Order of the Court and shall be docketed as such.

Sincerely,

_____/s/_____
PAULA XINIS
United States District Judge