

# UNITED STATES DISTRICT COURT

# DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>Paula Xinis<br>UNITED STATES DISTRICT JUDGE | 6500 Cherrywood Lane<br>Greenbelt, MD 20770<br>(301) 344-0653 |

June 18, 2025

    Re:    25-cv-01807-PX, *State of New Jersey et al v. Bondi et al.*

### LETTER ORDER

Dear Parties:

As discussed during today's recorded status conference, the Court sets the briefing schedule and hearing on Plaintiffs' Motion for Preliminary Injunction as follows:

| | |
|---|---|
| **June 27, 2025** | Defendants' Response(s) to Plaintiffs' Motion for Preliminary Injunction |
| **July 3, 2025** | Plaintiffs' Reply to Defendants' Response(s) |
| **July 8, 2025**<br>**1:00 PM**<br>**Courtroom 2C,**<br>**Greenbelt, MD** | Preliminary Injunction Hearing. |

Although informal, this correspondence constitutes an Order of the Court and shall be docketed as such.

                        Sincerely,

                        /s/
                        PAULA XINIS
                        United States District Judge