IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

STATE OF NEW JERSEY, §
ET AL. §
§
　　Plaintiffs, §
§
v. §     No. 1:25-cv-01807-PX
§
BONDI; §
ET AL., §
§
　　Defendants. §

## NON-FEDERAL DEFENDANTS' SUPPLEMENTAL FILING IN RESPONSE TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

First, all Non-Federal Defendants join fully in the Opposition of the Non-Federal Defendants to Plaintiffs' Motion for Preliminary Injunction (ECF No. 65).

Second, the Non-Federal Defendants respectfully request leave to submit the attached Second Declaration of Lawrence DeMonico, which addresses the new evidence submitted by Plaintiffs with their reply brief.

Respectfully submitted this 8th day of July 2025,

/s/ Jonathan M. Shaw
Jonathan M. Shaw M.D. Bar No. 11328
DHILLON LAW GROUP, INC.
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314
Telephone: (703) 574-1206
Facsimile: (415) 520-6593
jshaw@dhillonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 8th, 2025, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system, which notified all parties and their counsel of record.

/s/ Jonathan M. Shaw
Jonathan M. Shaw M.D. Bar No. 11328