IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| STATE OF NEW JERSEY, ET AL. | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | No. 1:25-cv-01807-PX |
| | § | |
| BONDI; | § | |
| ET AL., | § | |
| | § | |
| Defendants. | § | |

**SECOND DECLARATION OF LAWRENCE A. DeMONICO**

I, Lawrence A. DeMonico, declare as follows:

1. I am the President of Rare Breed Triggers, Inc. ("RBT") and a named Non-Federal Defendant in this matter. I make this declaration based on my personal knowledge and in further support of the Non-Federal Defendants' opposition to Plaintiffs' motion for a preliminary injunction. If called upon to testify in this matter, I could competently testify as follows:

2. I submit this declaration to respond to the new evidence submitted by plaintiffs with their reply brief.

3. First, plaintiffs have submitted an excerpt from a 2021 deposition that I gave in another matter in which I said that some of those reselling RBT FRTs sold them in states where we do not. That testimony is outdated. RBT has not sold FRTs to or through any third-party reseller since 2023.

4. Second, plaintiffs have submitted a declaration from an investigator from the State of New Jersey who claims to have found a handful of RBT FRTs for sale on the websites of third-parties willing to ship them to New Jersey. To the extent that this was intended to suggest

that RBT sells indirectly into New Jersey it is false. As stated above, RBT has not sold through third-party resellers since 2023. And, based on the prices being asked for the FRTs identified by the investigator—far less than the approximately $500 retail price for a new FRT—that the examples he identified are simply a handful of secondhand FRTs being resold, apparently after having been purchased from end users.

5. Additionally, I am currently aware of at least nine fraudulent or imposter websites that falsely claim to offer RBT FRTs for sale. These sites are not affiliated with RBT in any way. They are engaged in outright fraud—accepting payments from customers and then failing to ship any product whatsoever. These bad actors are exploiting RBT's brand and products to deceive consumers, and RBT has taken steps to report and pursue action against such scams wherever possible.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Lawrence A. DeMonico

Executed on this 7th day of July, 2025, in Austin, Texas.