UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF NEW JERSEY, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> PAMELA J. BONDI, et al., <br><br> *Defendants*. | No. 1:25-cv-1807-PX |

_____

**NOTICE OF WITHDRAWAL OF MOTION FOR PRELIMINARY INJUNCTION**
_____

In light of the following representations made by the federal government Defendants and Rare Breed Triggers Defendants following the filing of this action challenging the redistribution of forced-reset triggers (FRTs), and given considerations of judicial economy, Plaintiffs hereby withdraw their motion for preliminary injunction without prejudice.

a. Pursuant to paragraph 12 of the Declaration of Matthew P. Varisco (ECF 64-1), and based on subsequent communications with counsel for the federal government Defendants, the federal government Defendants will not return FRTs into the following Plaintiff States: California, Colorado, Delaware, District of Columbia, Hawaiʻi, Illinois, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, Oregon, Rhode Island, and Washington. Further, owners in those States will be given three options for disposition of their FRTs, and will be warned that they may not bring any returned FRT into a jurisdiction prohibiting FRTs and that doing so could subject them to state prosecution.

1

b. Pursuant to paragraph 5 of the Declaration of Lawrence A. DeMonico (ECF 65-1), the RBT Defendants will not sell redistributed FRTs into any of the Plaintiff States, directly or indirectly.

c. Pursuant to representations made by counsel for the federal government Defendants for the first time at the hearing in this matter on July 9, 2025, the federal government anticipates, based on current information, returning no more than 12 FRTs to known federal firearms licensed commercial sellers other than RBT.

Dated: June 10, 2025                                          Respectfully submitted,

**MATTHEW J. PLATKIN**　　　　　　　　　　**ANTHONY G. BROWN**
ATTORNEY GENERAL OF NEW JERSEY　　　ATTORNEY GENERAL OF MARYLAND

/s/ Shankar Duraiswamy　　　　　　　　　　/s/ Keith M. Jamieson
Shankar Duraiswamy (D. Md. Bar No. 28391)　Keith M. Jamieson (D. Md. Bar. No. 31543)
  Deputy Solicitor General　　　　　　　　　Virginia A. Williamson (D. Md. Bar. No. 31472)
Jeremy M. Feigenbaum*　　　　　　　　　　  Assistant Attorneys General
  Solicitor General　　　　　　　　　　　　Office of the Attorney General
Nathaniel Rubin*　　　　　　　　　　　　　200 Saint Paul Place
  Special Assistant to the Solicitor General　　Baltimore, MD  21202
Christopher Ioannou*　　　　　　　　　　　(410) 576-6960
Max Lesser*　　　　　　　　　　　　　　　kjamieson@oag.state.md.us
Marie Cepeda Mekosh*
Amanda McElfresh*　　　　　　　　　　　　Counsel for the State of Maryland
  Deputy Attorneys General
Office of the Attorney General
25 Market Street, 8th Floor
Trenton, NJ 08625
(609) 376-3377
Shankar.Duraiswamy@njoag.gov

Counsel for the State of New Jersey

**KATHLEEN JENNINGS**　　　　　　　　　**PHILIP J. WEISER**
ATTORNEY GENERAL OF DELAWARE　　　ATTORNEY GENERAL OF COLORADO

/s/ Ian R. Liston　　　　　　　　　　　　　/s/ Shannon Stevenson

Ian R. Liston*
  *Director of Impact Litigation*
Kate Aaronson**
  *Deputy Attorney General*
Vanessa L. Kassab**
  *Deputy Attorney General*
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

*Counsel for the State of Delaware*

**BRIAN L. SCHWALB**
ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA

*/s/ Eliza H. Simon*
Eliza H. Simon (D. Md Bar No. 19648)
  *Senior Counsel to the Attorney General*
Office of the Attorney General
for the District of Columbia
400 Sixth Street NW
Washington, D.C., 20001
(202) 741-5221
Eliza.Simon@dc.gov

*Counsel for the District of Columbia*

**KWAME RAOUL**
ATTORNEY GENERAL OF ILLINOIS

*/s/ Michael M. Tresnowski*
Michael M. Tresnowski**
  *Assistant Attorney General*
Cara Hendrickson**
  *Assistant Chief Deputy Attorney General*
Office of the Illinois Attorney General
115 LaSalle Street
Chicago, IL 60603
(312) 814-3000
Michael.Tresnowski@ilag.gov
Cara.Hendrickson@ilag.gov

Shannon Stevenson**
  *Solicitor General*
Peter J. Baumann**
  *Senior Assistant Attorney General*
Colorado Department of Law
Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6000
Shannon.Stevenson@coag.gov
Peter.Baumann@coag.gov

*Counsel for the State of Colorado*

**ANNE E. LOPEZ**
ATTORNEY GENERAL OF HAWAIʻI

*/s/ Kalikoʻonālani D. Fernandes*
David D. Day**
  *Special Assistant to the Attorney General*
Kalikoʻonālani D. Fernandes*
  *Solicitor General*
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov

*Counsel for the State of Hawaiʻi*

**AARON M. FREY**
ATTORNEY GENERAL OF MAINE

*/s/ Vivian A. Mikhail*
Vivian A. Mikhail (D. Md. Bar No. 15431)
  *Deputy Attorney General*
Office of the Attorney General
6 State House Station
Augusta, ME  04333
Tel.:  207-626-8800
Fax:  207-287-3120
vivian.mikhail@maine.gov

*Counsel for the State of Maine*

*Counsel for the State of Illinois*

**ANDREA JOY CAMPBELL**
ATTORNEY GENERAL OF MASSACHUSETTS

/s/ Katherine Dirks
Katherine Dirks*
   *Chief State Trial Counsel*
1 Ashburton Pl.
Boston, MA 02108
(617) 963-2277
Katherine.dirks@mass.gov

*Counsel for the Commonwealth of Massachusetts*

**KEITH ELLISON**
ATTORNEY GENERAL OF MINNESOTA

*/s/ Lindsey E. Middlecamp*
Lindsey E. Middlecamp***
   *Special Counsel, Rule of Law*
445 Minnesota Street, Suite 600
St. Paul, MN 55101
(651) 300-0711
Lindsey.middlecamp@ag.state.mn.us

*Counsel for the State of Minnesota*

**DAN RAYFIELD**
ATTORNEY GENERAL OF OREGON

*/s/ Brian Simmonds Marshall*
Brian Simmonds Marshall***
   *Senior Assistant Attorney General*
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Tel: (971) 673-1880
Fax: (971) 673-5000
Brian.S.Marshall@doj.oregon.gov

*Counsel for the State of Oregon*

**DANA NESSEL**
ATTORNEY GENERAL OF MICHIGAN

*/s/ Adam R. de Bear*
Adam R. de Bear***
   *Assistant Attorney General*
Michigan Department of Attorney General
525 W. Ottawa St.
Lansing, MI 48933
(517) 335-7573
debeara@michigan.gov

*Counsel for the People of the State of Michigan*

**AARON D. FORD**
ATTORNEY GENERAL OF NEVADA

*/s/ Heidi Parry Stern*
Heidi Parry Stern*
   *Solicitor General*
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
HStern@ag.nv.gov

*Counsel for the State of Nevada*

**PETER F. NERONHA**
ATTORNEY GENERAL OF RHODE ISLAND

*/s/ Stephen N. Provazza*
Stephen N. Provazza**
   *Unit Chief, Consumer & Economic Justice Unit*
150 South Main St.
Providence, RI 02903
(401) 274-4400
SProvazza@riag.ri.gov

*Counsel for the State of Rhode Island*

**CHARITY R. CLARK**
ATTORNEY GENERAL OF VERMONT

*/s/ Jonathan T. Rose*
Jonathan T. Rose*
  *Solicitor General*
109 State Street
Montpelier, VT 05609
(802) 828-3171
Jonathan.rose@vermont.gov

*Counsel for the State of Vermont*

**NICHOLAS W. BROWN**
ATTORNEY GENERAL OF WASHINGTON

*/s/ Andrew R. W. Hughes*
Andrew R.W. Hughes*
William McGinty**
  *Assistant Attorneys General*
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
Andrew.Hughes@atg.wa.gov
William.McGinty@atg.wa.gov

*Counsel for the State of Washington*

**ROB BONTA**
ATTORNEY GENERAL OF CALIFORNIA

*/s/ Katrina Uyehara*
Katrina Uyehara***
  *Deputy Attorney General*
1300 I Street
Sacramento, CA 95814-2919
(916) 210-7867
Katrina.Uyehara@doj.ca.gov

*Counsel for the State of California*


*\* Pro hac vice*
*\*\* Pro hac vice application pending*
*\*\*\* Pro hac vice application forthcoming*

**CERTIFICATE OF SERVICE**

I certify that on July 7, 2025, I filed a copy of the foregoing Notice of Withdrawal of Motion for Preliminary Injunction via CM/ECF and thereby served counsel for all parties who have appeared on the Court's electronic docket.

For Plaintiffs whose counsel's motions for admission pro hac vice are forthcoming, I served the foregoing document via email to those counsel.

                                              Respectfully submitted,

                                              */s/ Keith M. Jamieson*
                                              Keith M. Jamieson (D. Md. Bar. No. 31543)
                                                *Assistant Attorney General*
                                              Office of the Attorney General
                                              200 Saint Paul Place
                                              Baltimore, MD  21202
                                              (410) 576-6960
                                              kjamieson@oag.state.md.us