IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| STATE OF NEW JERSEY, ET AL. § § § *Plaintiffs*, § § v. § BONDI; § ET AL., § § *Defendants*. § | No. 1:25-cv-01807-PX |

**STIPULATION OF DISMISSAL OF NON-FEDERAL DEFENDANTS**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all Plaintiffs and Defendants hereby stipulate to dismissal of this action without prejudice with respect to Kevin Maxwell, Lawrence DeMonico, Rare Breed Triggers, LLC, Rare Breed Firearms, LLC, National Association for Gun Rights, Inc., Texas Gun Rights, Inc., Patrick Carey, James Wheeler, and Travis Speegle (the "Non-Federal Defendants"), with all parties to bear their own costs.

Respectfully submitted this __ day of July 2025,

*Counsel for Plaintiffs*

| | |
|---|---|
| **MATTHEW J. PLATKIN** ATTORNEY GENERAL OF NEW JERSEY  /s/ Shankar Duraiswamy Shankar Duraiswamy (D. Md. Bar No. 28391)   *Deputy Solicitor General* Jeremy M. Feigenbaum   *Solicitor General* Nathaniel Rubin   *Special Assistant to the Solicitor General* Christopher Ioannou | **ANTHONY G. BROWN** ATTORNEY GENERAL OF MARYLAND  /s/ Virginia A. Williamson Virginia A. Williamson (D. Md. Bar. No. 31472) Keith M. Jamieson (D. Md. Bar. No. 31543)   *Assistant Attorneys General* Office of the Attorney General 200 Saint Paul Place Baltimore, MD  21202 (410) 576-6584 |

1

<div style="display: flex;">

<div>

Max Lesser
Marie Cepeda Mekosh
Amanda McElfresh
    *Deputy Attorneys General*
Office of the Attorney General
25 Market Street, 8th Floor
Trenton, NJ 08625
(609) 376-3377
Shankar.Duraiswamy@njoag.gov

*Counsel for the State of New Jersey*


**KATHLEEN JENNINGS**
ATTORNEY GENERAL OF DELAWARE

/s/ *Ian R. Liston*
Ian R. Liston
    *Director of Impact Litigation*
Kate Aaronson
    *Deputy Attorney General*
Vanessa L. Kassab
    *Deputy Attorney General*
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

*Counsel for the State of Delaware*


**PHILIP J. WEISER**
ATTORNEY GENERAL OF COLORADO

/s/ *Shannon Stevenson*
Shannon Stevenson
    *Solicitor General*
Peter J. Baumann
    *Senior Assistant Attorney General*
Colorado Department of Law
Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor

</div>

<div>

vwilliamson@oag.state.md.us

*Counsel for the State of Maryland*






**ROB BONTA**
ATTORNEY GENERAL OF CALIFORNIA

/s/ *Katrina Uyehara*
Katrina Uyehara*
    *Deputy Attorney General*
13001 I Street
Sacramento, CA 95814-2919
(916) 210-7867
katrina.uyehara@doj.ca.gov

*Counsel for the State of California*






**BRIAN L. SCHWALB**
ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA

/s/ *Eliza H. Simon*
Eliza H. Simon (D.Md Bar No. 19648)
    *Senior Counsel to the Attorney General*
Office of the Attorney General
for the District of Columbia
400 Sixth Street NW
Washington, D.C., 20001

</div>

</div>

Denver, CO 80203
(720) 508-6000
Shannon.Stevenson@coag.gov
Peter.Baumann@coag.gov

*Counsel for the State of Colorado*

**ANNE E. LOPEZ**
ATTORNEY GENERAL OF HAWAIʻI

*/s/ Kalikoʻonālani D. Fernandes*
David D. Day
  *Special Assistant to the Attorney General*
Kalikoʻonālani D. Fernandes
  *Solicitor General*
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov

*Counsel for the State of Hawaiʻi*

**AARON M. FREY**
ATTORNEY GENERAL OF MAINE

*/s/ Vivian A. Mikhail*
Vivian A. Mikhail
  *Deputy Attorney General*
Office of the Attorney General
6 State House Station
Augusta, ME  04333
Tel.:  207-626-8800
Fax:  207-287-3120
vivian.mikhail@maine.gov

*Counsel for the State of Maine*

**DANA NESSEL**
ATTORNEY GENERAL OF MICHIGAN

*/s/ Adam R. de Bear*
Adam R. de Bear
  *Assistant Attorney General*
Michigan Department of Attorney General

(202) 741-5221
Eliza.Simon@dc.gov

*Counsel for the District of Columbia*

**KWAME RAOUL**
ATTORNEY GENERAL OF ILLINOIS

*/s/ Michael M. Tresnowski*
Michael M. Tresnowski
  *Assistant Attorney General*
Cara Hendrickson
  *Assistant Chief Deputy Attorney General*
Office of the Illinois Attorney General
115 LaSalle Street
Chicago, IL 60603
(312) 814-3000
Michael.Tresnowski@ilag.gov
Cara.Hendrickson@ilag.gov

*Counsel for the State of Illinois*

**ANDREA JOY CAMPBELL**
ATTORNEY GENERAL OF MASSACHUSETTS

/s/ Katherine Dirks
Katherine Dirks
  *Chief State Trial Counsel*
1 Ashburton Pl.
Boston, MA 02108
(617) 963-2277
Katherine.dirks@mass.gov

*Counsel for the Commonwealth of Massachusetts*

**KEITH ELLISON**
ATTORNEY GENERAL OF MINNESOTA

*/s/ Lindsey E. Middlecamp*
Lindsey E. Middlecamp*
  *Special Counsel, Rule of Law*
445 Minnesota Street, Suite 600

3

525 W. Ottawa St.  
Lansing, MI  48933  
(517) 335-7573  
debeara@michigan.gov  

*Counsel for the People of the State of Michigan*

St. Paul, MN 55101  
(651) 300-0711  
Lindsey.middlecamp@ag.state.mn.us  

*Counsel for the State of Minnesota*

**AARON D. FORD**  
ATTORNEY GENERAL OF NEVADA  

*/s/ Heidi Parry Stern*  
Heidi Parry Stern  
   *Solicitor General*  
Office of the Nevada Attorney General  
1 State of Nevada Way, Ste. 100  
Las Vegas, NV 89119  
HStern@ag.nv.gov  

*Counsel for the State of Nevada*

**DAN RAYFIELD**  
ATTORNEY GENERAL OF OREGON  

*/s/ Brian Simmonds Marshall*  
Brian Simmonds Marshall*  
   *Senior Assistant Attorney General*  
Oregon Department of Justice  
100 SW Market Street  
Portland, OR 97201  
Tel: (971) 673-1880  
Fax: (971) 673-5000  
Brian.S.Marshall@doj.oregon.gov  

*Counsel for the State of Oregon*

**PETER F. NERONHA**  
ATTORNEY GENERAL OF RHODE ISLAND  

*/s/ Stephen N. Provazza*  
Stephen N. Provazza  
   *Unit Chief, Consumer & Economic Justice Unit*  
150 South Main St.  
Providence, RI 02903  
(401) 274-4400  
SProvazza@riag.ri.gov  

*Counsel for the State of Rhode Island*

**NICHOLAS W. BROWN**  
ATTORNEY GENERAL OF WASHINGTON  

*/s/ Andrew R. W. Hughes*  
Andrew R.W. Hughes  
William McGinty  
   *Assistant Attorneys General*  
800 Fifth Avenue, Suite 2000  

**CHARITY R. CLARK**  
ATTORNEY GENERAL OF VERMONT  

*/s/ Jonathan T. Rose*  
Jonathan T. Rose  
   *Solicitor General*  
109 State Street  
Montpelier, VT 05609  
(802) 828-3171  
Jonathan.rose@vermont.gov  

*Counsel for the State of Vermont*

4

Seattle, WA 98104-3188
(206) 464-7744
Andrew.Hughes@atg.wa.gov
William.McGinty@atg.wa.gov

*Counsel for the State of Washington*

\* *Pro hac vice application pending or forthcoming*

**Counsel for Federal Defendants**

By: _____/s/_____
JOHN BAILEY
Ohio Bar No. 104260
MICHAEL VELCHIK
D.C. Bar No. 187249
Counsel
ANDREW I. WARDEN
IN Bar No. 23840-49
Assistant Director, Federal Programs Branch
United States Department of Justice
Civil Division
950 Constitution Ave, NW
Washington D.C. 20005
Phone: (202) 514-6993
Email: john.bailey@usdoj.gov

**Counsel for Non-Federal Defendants**

By: _____/s/_____
Jonathan M. Shaw, Bar No. 11328
DHILLON LAW GROUP, INC.
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314
Telephone: (703) 574-1206
Facsimile: (415) 520-6593
jshaw@dhillonlaw.com

5