UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF NEW JERSEY, et al.,<br><br>                *Plaintiffs*,<br><br>v.<br><br>PAMELA J. BONDI, et al.,<br><br>                *Defendants.* | No. 1:25-cv-1807-PX |

## JOINT MOTION TO STAY PROCEEDINGS

Plaintiffs and Defendants Pamela J. Bondi, the United States Department of Justice, Daniel Driscoll, and the Bureau of Alcohol, Tobacco, Firearms and Explosives (collectively "Defendants"), through their respective undersigned counsel, jointly request that this Court stay all proceedings in this matter for six months.

1. Plaintiffs filed their initial Complaint on June 9, 2025, challenging Defendants' decision, memorialized in a settlement agreement, to return to forced reset triggers ("FRTs") that they had seized or taken as a result of a voluntary surrender. The next day, Plaintiffs filed their Motion for Preliminary Injunction. The parties fully briefed the motion by July 3, 2025, and this Court heard oral argument on July 9, 2025.

2. Based on various representations made by Defendants in their opposition brief and at oral argument regarding their plans for implementing the FRT returns, Plaintiffs withdrew their motion for a preliminary injunction.

3. In light of Defendants' representations and Plaintiffs' withdrawal of their motion, the parties believe it would best serve judicial economy and the interests of the parties for this matter to be stayed for a period of six months.

4. This Court "has broad discretion to stay proceedings as an incident to its power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 706 (1997); *see also Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936) ("the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes in its docket with the economy of time and effort for itself, for counsel, and for litigants."). When determining whether to grant a motion to stay, a district court must consider three factors "(1) the interests of judicial economy; (2) hardship and equity to the moving party if the action is not stayed; and (3) potential prejudice to the non-moving party" *Gibbs v. Plain Green, LLC*, 331 F.Supp.3d 528, 526 (E.D. Va. 2018).

5. The factors favor a stay. The joint nature of this request eliminates the risk of prejudice to either party. Additionally, because litigation is unnecessary at this time a stay would promote judicial economy by preserving the time and resources of the Court and the parties.

6. Therefore, the parties respectfully request that the Court stay proceedings in the above-captioned action for six months.

Respectfully submitted this 15th day of August 2025,

**Counsel for Plaintiffs**

| | |
|---|---|
| **MATTHEW J. PLATKIN** | **ANTHONY G. BROWN** |
| ATTORNEY GENERAL OF NEW JERSEY | ATTORNEY GENERAL OF MARYLAND |
| | |
| */s/ Shankar Duraiswamy* | */s/ Virginia A. Williamson* |
| Shankar Duraiswamy (D. Md. Bar No. 28391) | Virginia A. Williamson (D. Md. Bar. No. 31472) |
| *Deputy Solicitor General* | Keith M. Jamieson (D. Md. Bar. No. 31543) |

Jeremy M. Feigenbaum
   *Solicitor General*
Nathaniel Rubin
   *Special Assistant to the Solicitor General*
Christopher Ioannou
Max Lesser
Marie Cepeda Mekosh
Amanda McElfresh
   *Deputy Attorneys General*
Office of the Attorney General
25 Market Street, 8th Floor
Trenton, NJ 08625
(609) 376-3377
Shankar.Duraiswamy@njoag.gov

*Counsel for the State of New Jersey*

   *Assistant Attorneys General*
Office of the Attorney General
200 Saint Paul Place
Baltimore, MD 21202
(410) 576-6584
vwilliamson@oag.state.md.us

*Counsel for the State of Maryland*

**KATHLEEN JENNINGS**
ATTORNEY GENERAL OF DELAWARE

/s/ *Ian R. Liston*
Ian R. Liston
   *Director of Impact Litigation*
Kate Aaronson
   *Deputy Attorney General*
Vanessa L. Kassab
   *Deputy Attorney General*
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

*Counsel for the State of Delaware*

**ROB BONTA**
ATTORNEY GENERAL OF CALIFORNIA

/s/ *Katrina Uyehara*
Katrina Uyehara*
   *Deputy Attorney General*
13001 I Street
Sacramento, CA 95814-2919
(916) 210-7867
katrina.uyehara@doj.ca.gov

*Counsel for the State of California*

**PHILIP J. WEISER**
ATTORNEY GENERAL OF COLORADO

/s/ *Shannon Stevenson*
Shannon Stevenson
   *Solicitor General*

**BRIAN L. SCHWALB**
ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA

/s/ *Eliza H. Simon*
Eliza H. Simon (D.Md Bar No. 19648)

3

Peter J. Baumann
   *Senior Assistant Attorney General*
Colorado Department of Law
Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6000
Shannon.Stevenson@coag.gov
Peter.Baumann@coag.gov

*Counsel for the State of Colorado*

**ANNE E. LOPEZ**
ATTORNEY GENERAL OF HAWAIʻI

*/s/ Kalikoʻonālani D. Fernandes*
David D. Day
   *Special Assistant to the Attorney General*
Kalikoʻonālani D. Fernandes
   *Solicitor General*
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov

*Counsel for the State of Hawaiʻi*

**AARON M. FREY**
ATTORNEY GENERAL OF MAINE

*/s/ Vivian A. Mikhail*
Vivian A. Mikhail
   *Deputy Attorney General*
Office of the Attorney General
6 State House Station
Augusta, ME  04333
Tel.:  207-626-8800
Fax:  207-287-3120
vivian.mikhail@maine.gov

*Counsel for the State of Maine*

**DANA NESSEL**
ATTORNEY GENERAL OF MICHIGAN

   *Senior Counsel to the Attorney General*
Office of the Attorney General
for the District of Columbia
400 Sixth Street NW
Washington, D.C., 20001
(202) 741-5221
Eliza.Simon@dc.gov

*Counsel for the District of Columbia*

**KWAME RAOUL**
ATTORNEY GENERAL OF ILLINOIS

*/s/ Michael M. Tresnowski*
Michael M. Tresnowski
   *Assistant Attorney General*
Cara Hendrickson
   *Assistant Chief Deputy Attorney General*
Office of the Illinois Attorney General
115 LaSalle Street
Chicago, IL 60603
(312) 814-3000
Michael.Tresnowski@ilag.gov
Cara.Hendrickson@ilag.gov

*Counsel for the State of Illinois*

**ANDREA JOY CAMPBELL**
ATTORNEY GENERAL OF MASSACHUSETTS

*/s/ Katherine Dirks*
Katherine Dirks
   *Chief State Trial Counsel*
1 Ashburton Pl.
Boston, MA 02108
(617) 963-2277
Katherine.dirks@mass.gov

*Counsel for the Commonwealth of Massachusetts*

**KEITH ELLISON**
ATTORNEY GENERAL OF MINNESOTA

*/s/ Adam R. de Bear*
Adam R. de Bear
   *Assistant Attorney General*
Michigan Department of Attorney General
525 W. Ottawa St.
Lansing, MI  48933
(517) 335-7573
debeara@michigan.gov

*Counsel for the People of the State of Michigan*

**AARON D. FORD**
ATTORNEY GENERAL OF NEVADA

*/s/ Heidi Parry Stern*
Heidi Parry Stern
   *Solicitor General*
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
HStern@ag.nv.gov

*Counsel for the State of Nevada*

*/s/ Lindsey E. Middlecamp*
Lindsey E. Middlecamp*
   *Special Counsel, Rule of Law*
445 Minnesota Street, Suite 600
St. Paul, MN 55101
(651) 300-0711
Lindsey.middlecamp@ag.state.mn.us

*Counsel for the State of Minnesota*

**DAN RAYFIELD**
ATTORNEY GENERAL OF OREGON

*/s/ Brian Simmonds Marshall*
Brian Simmonds Marshall*
   *Senior Assistant Attorney General*
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Tel: (971) 673-1880
Fax: (971) 673-5000
Brian.S.Marshall@doj.oregon.gov

*Counsel for the State of Oregon*

**PETER F. NERONHA**
ATTORNEY GENERAL OF RHODE ISLAND

*/s/ Stephen N. Provazza*
Stephen N. Provazza
   *Unit Chief, Consumer & Economic Justice Unit*
150 South Main St.
Providence, RI 02903
(401) 274-4400
SProvazza@riag.ri.gov

*Counsel for the State of Rhode Island*

**NICHOLAS W. BROWN**
ATTORNEY GENERAL OF WASHINGTON

*/s/ Andrew R. W. Hughes*
Andrew R.W. Hughes
William McGinty

**CHARITY R. CLARK**
ATTORNEY GENERAL OF VERMONT

*/s/ Jonathan T. Rose*
Jonathan T. Rose
   *Solicitor General*
109 State Street
Montpelier, VT 05609
(802) 828-3171
Jonathan.rose@vermont.gov

*Counsel for the State of Vermont*

*Assistant Attorneys General*
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
Andrew.Hughes@atg.wa.gov
William.McGinty@atg.wa.gov

*Counsel for the State of Washington*

\* *Pro hac vice application pending or forthcoming*

**Counsel for Defendants**


By: */s/ John Bailey*
JOHN BAILEY
Ohio Bar No. 104260
MICHAEL VELCHIK
D.C. Bar No. 187249
ANDREW I. WARDEN
IN Bar No. 23840-49
Counsel
United States Department of Justice
Civil Division
950 Constitution Ave, NW
Washington D.C. 20005
Phone: (202) 514-6993
Email: john.bailey@usdoj.gov