UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

STATE OF NEW JERSEY, et al.,

           *Plaintiffs*,

v.

PAMELA J. BONDI, et al.,

           *Defendants*.

No. 1:25-cv-1807-PX

**JOINT STATUS REPORT**

Plaintiffs and Defendants Pamela J. Bondi, the United States Department of Justice, Daniel Driscoll, and the Bureau of Alcohol, Tobacco, Firearms and Explosives (collectively "Defendants"), through their respective undersigned counsel, jointly offer this Status Report pursuant to the Court's August 18, 2025 Order (ECF 118).

1. Plaintiffs filed their initial Complaint on June 9, 2025, challenging Defendants' decision, memorialized in a settlement agreement, to return to forced reset triggers ("FRTs") that they had seized or taken as a result of a voluntary surrender. The next day, Plaintiffs filed their Motion for Preliminary Injunction. The parties fully briefed the motion by July 3, 2025, and this Court heard oral argument on July 9, 2025.

2. Based on various representations made by Defendants in their opposition brief and at oral argument regarding their plans for implementing the FRT returns, Plaintiffs withdrew their motion for a preliminary injunction on July 11, 2025.

3. In light of Defendants' representations and Plaintiffs' withdrawal of their motion, the parties believed it would best serve judicial economy and the interests of the parties for this matter to be stayed for a period of six months.

4. Following the joint request of the parties, on August 18, 2025, the Court ordered this matter stayed, and for the parties to provide a joint status update today, February 19, 2026.

5. At this time, the parties are actively engaged in discussions regarding the prospect of a negotiated resolution to this matter.

6. The parties accordingly request that the Court continue to stay this matter through March 23, 2026 and that the parties provide a further status report to the Court by that date.

Respectfully submitted this 19th day of February 2026,

**Counsel for Plaintiffs**

| | |
|---|---|
| **JENNIFER DAVENPORT**<br>ACTING ATTORNEY GENERAL OF NEW JERSEY | **ANTHONY G. BROWN**<br>ATTORNEY GENERAL OF MARYLAND |
| */s/ Shankar Duraiswamy*<br>Shankar Duraiswamy (D. Md. Bar No. 28391)<br>  *Deputy Solicitor General*<br>Jeremy M. Feigenbaum<br>  *Solicitor General*<br>Nathaniel Rubin<br>  *Special Assistant to the Solicitor General*<br>Max Lesser<br>Marie Cepeda Mekosh<br>Amanda McElfresh<br>  *Deputy Attorneys General*<br>Office of the Attorney General<br>25 Market Street, 8th Floor<br>Trenton, NJ 08625<br>(609) 376-3377<br>Shankar.Duraiswamy@njoag.gov<br><br>*Counsel for the State of New Jersey* | */s/ Virginia A. Williamson*<br>Virginia A. Williamson (D. Md. Bar. No. 31472)<br>Keith M. Jamieson (D. Md. Bar. No. 31543)<br>  *Assistant Attorneys General*<br>Office of the Attorney General<br>200 Saint Paul Place<br>Baltimore, MD  21202<br>(410) 576-6584<br>vwilliamson@oag.state.md.us<br><br>*Counsel for the State of Maryland* |

**KATHLEEN JENNINGS**
ATTORNEY GENERAL OF DELAWARE

/s/ *Ian R. Liston*
Ian R. Liston
   *Director of Impact Litigation*
Kate Aaronson
   *Deputy Attorney General*
Vanessa L. Kassab
   *Deputy Attorney General*
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

*Counsel for the State of Delaware*

**ROB BONTA**
ATTORNEY GENERAL OF CALIFORNIA

/s/ *Katrina Uyehara*
Katrina Uyehara
   *Deputy Attorney General*
13001 I Street
Sacramento, CA 95814-2919
(916) 210-7867
katrina.uyehara@doj.ca.gov

*Counsel for the State of California*

**PHILIP J. WEISER**
ATTORNEY GENERAL OF COLORADO

*/s/ Shannon Stevenson*
Shannon Stevenson
   *Solicitor General*
Peter J. Baumann
   *Senior Assistant Attorney General*
Colorado Department of Law
Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6000
Shannon.Stevenson@coag.gov
Peter.Baumann@coag.gov

*Counsel for the State of Colorado*

**BRIAN L. SCHWALB**
ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA

/s/ *Eliza H. Simon*
Eliza H. Simon (D.Md Bar No. 19648)
   *Senior Counsel to the Attorney General*
Office of the Attorney General
for the District of Columbia
400 Sixth Street NW
Washington, D.C., 20001
(202) 741-5221
Eliza.Simon@dc.gov

*Counsel for the District of Columbia*

<div style="column-count:2">

**ANNE E. LOPEZ**
ATTORNEY GENERAL OF HAWAIʻI

*/s/ Kalikoʻonālani D. Fernandes*
David D. Day
  *Special Assistant to the Attorney General*
Kalikoʻonālani D. Fernandes
  *Solicitor General*
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov

*Counsel for the State of Hawaiʻi*


**AARON M. FREY**
ATTORNEY GENERAL OF MAINE

*/s/ Vivian A. Mikhail*
Vivian A. Mikhail
  *Deputy Attorney General*
Office of the Attorney General
6 State House Station
Augusta, ME  04333
Tel.:  207-626-8800
Fax:  207-287-3120
vivian.mikhail@maine.gov

*Counsel for the State of Maine*

**DANA NESSEL**
ATTORNEY GENERAL OF MICHIGAN

*/s/ Adam R. de Bear*
Adam R. de Bear
  *Assistant Attorney General*
Michigan Department of Attorney General
525 W. Ottawa St.
Lansing, MI  48933
(517) 335-7573
debeara@michigan.gov

*Counsel for the People of the State of Michigan*

**KWAME RAOUL**
ATTORNEY GENERAL OF ILLINOIS

*/s/ Michael M. Tresnowski*
Michael M. Tresnowski
  *Assistant Attorney General*
Cara Hendrickson
  *Assistant Chief Deputy Attorney General*
Office of the Illinois Attorney General
115 LaSalle Street
Chicago, IL 60603
(312) 814-3000
Michael.Tresnowski@ilag.gov
Cara.Hendrickson@ilag.gov

*Counsel for the State of Illinois*


**ANDREA JOY CAMPBELL**
ATTORNEY GENERAL OF MASSACHUSETTS

/s/ Katherine Dirks
Katherine Dirks
  *Chief State Trial Counsel*
1 Ashburton Pl.
Boston, MA 02108
(617) 963-2277
Katherine.dirks@mass.gov

*Counsel for the Commonwealth of Massachusetts*


**KEITH ELLISON**
ATTORNEY GENERAL OF MINNESOTA

*/s/ Lindsey E. Middlecamp*
Lindsey E. Middlecamp*
  *Special Counsel, Rule of Law*
445 Minnesota Street, Suite 600
St. Paul, MN 55101
(651) 300-0711
Lindsey.middlecamp@ag.state.mn.us

*Counsel for the State of Minnesota*

</div>

| | |
|---|---|
| **AARON D. FORD**<br>ATTORNEY GENERAL OF NEVADA<br><br>*/s/ Heidi Parry Stern*<br>Heidi Parry Stern<br>  *Solicitor General*<br>Office of the Nevada Attorney General<br>1 State of Nevada Way, Ste. 100<br>Las Vegas, NV 89119<br>HStern@ag.nv.gov<br><br>*Counsel for the State of Nevada* | **DAN RAYFIELD**<br>ATTORNEY GENERAL OF OREGON<br><br>*/s/ Brian Simmonds Marshall*<br>Brian Simmonds Marshall\*<br>  *Senior Assistant Attorney General*<br>Oregon Department of Justice<br>100 SW Market Street<br>Portland, OR 97201<br>Tel: (971) 673-1880<br>Fax: (971) 673-5000<br>Brian.S.Marshall@doj.oregon.gov<br><br>*Counsel for the State of Oregon* |
| **PETER F. NERONHA**<br>ATTORNEY GENERAL OF RHODE ISLAND<br><br>*/s/ Sarah W. Rice*<br>Sarah W. Rice<br>  *Deputy Chief, Public Protection Bureau*<br>150 South Main St.<br>Providence, RI 02903<br>(401) 274-4400<br>srice@riag.ri.gov<br><br>*Counsel for the State of Rhode Island* | **CHARITY R. CLARK**<br>ATTORNEY GENERAL OF VERMONT<br><br>*/s/ Jonathan T. Rose*<br>Jonathan T. Rose<br>  *Solicitor General*<br>109 State Street<br>Montpelier, VT 05609<br>(802) 828-3171<br>Jonathan.rose@vermont.gov<br><br>*Counsel for the State of Vermont* |

**NICHOLAS W. BROWN**
ATTORNEY GENERAL OF WASHINGTON

*/s/ Andrew R. W. Hughes*
 Andrew R.W. Hughes
 William McGinty
   *Assistant Attorneys General*
 800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
Andrew.Hughes@atg.wa.gov
William.McGinty@atg.wa.gov

*Counsel for the State of Washington*

\* *Pro hac vice application pending or forthcoming*

**Counsel for Defendants**

By: /s/ *John Bailey*
JOHN BAILEY
Counsel to the Assistant Attorney General
MICHAEL VELCHIK
Senior Counsel to the Assistant Attorney General
ANDREW I. WARDEN
Assistant Director, Federal Programs Branch
United States Department of Justice
Civil Division
950 Constitution Ave, NW
Washington D.C. 20005
Phone: (202) 514-6993
Email: john.bailey@usdoj.gov