**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| STATE OF NEW JERSEY, et al., | |
| *Plaintiffs*, | |
| v. | No. 1:25-cv-1807-PX |
| PAMELA J. BONDI, et al., | |
| *Defendants.* | |

_____

**JOINT STATUS REPORT**
_____

Plaintiffs and Defendants Pamela J. Bondi, the United States Department of Justice, Daniel Driscoll, and the Bureau of Alcohol, Tobacco, Firearms and Explosives (collectively "Defendants"), through their respective undersigned counsel, jointly offer this Status Report as a follow-up to their February 19, 2026, status report (ECF 123).

1. The parties continue to be actively engaged in discussions regarding the prospect of a negotiated resolution to this matter. In particular, Defendants provided certain requested information to Plaintiffs on Friday, March 20, 2026. Plaintiffs require additional time to review this information and confer among themselves and with Defendants to assess next steps.

2. Accordingly, the parties request that the Court continue to stay this matter through April 23, 2026, and that the parties provide a further status report to the Court by that date.

Respectfully submitted this 23rd day of March 2026,

**Counsel for Plaintiffs**

**JENNIFER DAVENPORT**
ACTING ATTORNEY GENERAL OF NEW JERSEY

*/s/ Shankar Duraiswamy*
Shankar Duraiswamy (D. Md. Bar No. 28391)
  *Deputy Solicitor General*
Jeremy M. Feigenbaum
  *Solicitor General*
Nathaniel Rubin
  *Special Assistant to the Solicitor General*
Max Lesser
Marie Cepeda Mekosh
Amanda McElfresh
  *Deputy Attorneys General*
Office of the Attorney General
25 Market Street, 8th Floor
Trenton, NJ 08625
(609) 376-3377
Shankar.Duraiswamy@njoag.gov

*Counsel for the State of New Jersey*

**ANTHONY G. BROWN**
ATTORNEY GENERAL OF MARYLAND

*/s/ Virginia A. Williamson*
Virginia A. Williamson (D. Md. Bar. No. 31472)
Keith M. Jamieson (D. Md. Bar. No. 31543)
  *Assistant Attorneys General*
Office of the Attorney General
200 Saint Paul Place
Baltimore, MD  21202
(410) 576-6584
vwilliamson@oag.state.md.us

*Counsel for the State of Maryland*

**KATHLEEN JENNINGS**
ATTORNEY GENERAL OF DELAWARE

/s/ *Ian R. Liston*
Ian R. Liston
  *Director of Impact Litigation*
Kate Aaronson
  *Deputy Attorney General*
Vanessa L. Kassab
  *Deputy Attorney General*
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

*Counsel for the State of Delaware*

**ROB BONTA**
ATTORNEY GENERAL OF CALIFORNIA

/s/ Katrina Uyehara
Katrina Uyehara
  *Deputy Attorney General*
13001 I Street
Sacramento, CA 95814-2919
(916) 210-7867
katrina.uyehara@doj.ca.gov

*Counsel for the State of California*

**PHILIP J. WEISER**
ATTORNEY GENERAL OF COLORADO

/s/ Shannon Stevenson
Shannon Stevenson
  *Solicitor General*
Peter J. Baumann
  *Senior Assistant Attorney General*
Colorado Department of Law
Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6000
Shannon.Stevenson@coag.gov
Peter.Baumann@coag.gov

*Counsel for the State of Colorado*


**BRIAN L. SCHWALB**
ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA

/s/ Eliza H. Simon
Eliza H. Simon (D.Md Bar No. 19648)
  *Senior Counsel to the Attorney General*
Office of the Attorney General
for the District of Columbia
400 Sixth Street NW
Washington, D.C., 20001
(202) 741-5221
Eliza.Simon@dc.gov

*Counsel for the District of Columbia*


**ANNE E. LOPEZ**
ATTORNEY GENERAL OF HAWAIʻI

/s/ Kalikoʻonālani D. Fernandes
David D. Day
  *Special Assistant to the Attorney General*
Kalikoʻonālani D. Fernandes
  *Solicitor General*
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov

*Counsel for the State of Hawaiʻi*


**KWAME RAOUL**
ATTORNEY GENERAL OF ILLINOIS

/s/ Michael M. Tresnowski
Michael M. Tresnowski
  *Assistant Attorney General*
Cara Hendrickson
  *Assistant Chief Deputy Attorney General*
Office of the Illinois Attorney General
115 LaSalle Street
Chicago, IL 60603
(312) 814-3000
Michael.Tresnowski@ilag.gov
Cara.Hendrickson@ilag.gov

*Counsel for the State of Illinois*


**AARON M. FREY**
ATTORNEY GENERAL OF MAINE

/s/ Vivian A. Mikhail
Vivian A. Mikhail
  *Deputy Attorney General*
Office of the Attorney General
6 State House Station
Augusta, ME  04333
Tel.:  207-626-8800
Fax:  207-287-3120


**ANDREA JOY CAMPBELL**
ATTORNEY GENERAL OF MASSACHUSETTS

/s/ Katherine Dirks
Katherine Dirks
  *Chief State Trial Counsel*
1 Ashburton Pl.
Boston, MA 02108
(617) 963-2277
Katherine.dirks@mass.gov

vivian.mikhail@maine.gov

*Counsel for the State of Maine*

**DANA NESSEL**
ATTORNEY GENERAL OF MICHIGAN

*/s/ Adam R. de Bear*
Adam R. de Bear
  *Assistant Attorney General*
Michigan Department of Attorney General
525 W. Ottawa St.
Lansing, MI  48933
(517) 335-7573
debeara@michigan.gov

*Counsel for the People of the State of Michigan*

**AARON D. FORD**
ATTORNEY GENERAL OF NEVADA

*/s/ Heidi Parry Stern*
Heidi Parry Stern
  *Solicitor General*
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
HStern@ag.nv.gov

*Counsel for the State of Nevada*

**PETER F. NERONHA**
ATTORNEY GENERAL OF RHODE ISLAND

*/s/ Sarah W. Rice*
Sarah W. Rice
  *Deputy Chief, Public Protection Bureau*
150 South Main St.
Providence, RI 02903
(401) 274-4400
srice@riag.ri.gov

*Counsel for the State of Rhode Island*

*Counsel for the Commonwealth of Massachusetts*

**KEITH ELLISON**
ATTORNEY GENERAL OF MINNESOTA

*/s/ Lindsey E. Middlecamp*
Lindsey E. Middlecamp*
  *Special Counsel, Rule of Law*
445 Minnesota Street, Suite 600
St. Paul, MN 55101
(651) 300-0711
Lindsey.middlecamp@ag.state.mn.us

*Counsel for the State of Minnesota*

**DAN RAYFIELD**
ATTORNEY GENERAL OF OREGON

*/s/ Brian Simmonds Marshall*
Brian Simmonds Marshall*
  *Senior Assistant Attorney General*
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Tel: (971) 673-1880
Fax: (971) 673-5000
Brian.S.Marshall@doj.oregon.gov

*Counsel for the State of Oregon*

**CHARITY R. CLARK**
ATTORNEY GENERAL OF VERMONT

*/s/ Jonathan T. Rose*
Jonathan T. Rose
  *Solicitor General*
109 State Street
Montpelier, VT 05609
(802) 828-3171
Jonathan.rose@vermont.gov

*Counsel for the State of Vermont*

**NICHOLAS W. BROWN**
ATTORNEY GENERAL OF WASHINGTON

*/s/ Andrew R. W. Hughes*
Andrew R.W. Hughes
William McGinty
  *Assistant Attorneys General*
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
Andrew.Hughes@atg.wa.gov
William.McGinty@atg.wa.gov

*Counsel for the State of Washington*

*\* Pro hac vice application pending or forthcoming*

**Counsel for Defendants**

By: */s/ John Bailey*
JOHN BAILEY
Counsel to the Assistant Attorney General
MICHAEL VELCHIK
Counsel to the Assistant Attorney General
ANDREW I. WARDEN
Assistant Director
United States Department of Justice
Civil Division
950 Constitution Ave, NW
Washington D.C. 20005
Phone: (202) 514-6993
Email: john.bailey@usdoj.gov