UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF NEW JERSEY, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> TODD BLANCHE, et al., <br><br> *Defendants.* | No. 1:25-cv-1807-PX |

NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and for the reasons set forth below, Plaintiffs hereby submit this notice of voluntary dismissal without prejudice of their claims against Defendants United States Department of Justice; Todd Blanche, in his official capacity as Acting Attorney General of the United States[1]; the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"); Daniel Driscoll, in his official capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives ("Defendants").

1. Plaintiffs filed their Complaint on June 9, 2025 (ECF No. 2), a Motion for Preliminary Injunction on June 10, 2025 (ECF No. 5), and an Amended Complaint on July 7, 2025 (ECF No. 86).

2. Plaintiffs' Motion for Preliminary Injunction argued that Defendants' decision to distribute certain forced-reset triggers (FRTs) that Defendants had previously recovered is ultra

---

[1] The caption has been revised to reflect the present Acting Attorney General of the U.S. Department of Justice. *See* Fed. R. Civ. P. 25(d) ("The officer's successor is automatically substituted as a party.").

vires and contrary to law, and asserted injuries arising from the distribution of FRTs into Plaintiff States. *See* ECF 5.

3.      In response to Plaintiffs' Motion for Preliminary Injunction, Defendants provided a sworn statement to the Court committing not to return FRTs into Plaintiff States California, Colorado, Delaware, District of Columbia, Hawai'i, Illinois, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, Oregon, Rhode Island, and Washington (collectively, the "Covered States"). ECF 64-1, ¶12.

4.      Defendants further committed to taking certain steps to ensure that FRTs would not be returned into the Covered States. Specifically, Defendants committed that owners in the Covered States would be given three options for disposition of their FRTs: 1) requesting that ATF transfer the device to them in a state where it is legal to possess; 2) requesting that ATF transfer the device to a third party in a state where it is legal to possess; or 3) withdrawing the request for the return and abandon the device to ATF, in which case ATF would destroy the abandoned property without compensation and in accordance with federal law. *Id.* Defendants further committed to warning owners in the Covered States that they may not bring any returned FRT into a jurisdiction prohibiting FRTs or trigger activating devices and that doing so could subject them to state prosecution. *Id.*

5.      Defendants have since provided information to Plaintiffs confirming that ATF is nearing completion of the returns and has adhered to the commitments it made in response to Plaintiffs' Motion for Preliminary Injunction: they have not returned FRTs into the Covered States; owners in the Covered States have been given the three alternative options for the disposal of their FRTs; and ATF has warned FRT-returnees about the legal risk of bringing FRTs into the Covered States.

6.      Based on the foregoing, Plaintiffs have agreed to dismiss this action without prejudice. Plaintiffs expressly reserve the right to file a new action challenging any attempt by Defendants to return or distribute FRTs into Plaintiff States.

Dated: April 23, 2026                                    Respectfully submitted,


**JENNIFER DAVENPORT**                      **ANTHONY G. BROWN**
ATTORNEY GENERAL OF NEW JERSEY         ATTORNEY GENERAL OF MARYLAND

*/s/ Shankar Duraiswamy*                     */s/ Virginia A. Williamson*
Shankar Duraiswamy (D. Md. Bar No. 28391)   Virginia A. Williamson (D. Md. Bar. No. 31472)
  *Deputy Solicitor General*                  Keith M. Jamieson (D. Md. Bar. No. 31543)
Jeremy M. Feigenbaum                           *Assistant Attorneys General*
  *Solicitor General*                         Office of the Attorney General
Nathaniel Rubin                              200 Saint Paul Place
  *Special Assistant to the Solicitor General*  Baltimore, MD 21202
Max Lesser                                   (410) 576-6584
Marie Cepeda Mekosh                          vwilliamson@oag.state.md.us
Amanda McElfresh
  *Deputy Attorneys General*                 *Counsel for the State of Maryland*
Office of the Attorney General
25 Market Street, 8th Floor
Trenton, NJ 08625
(609) 376-3377
Shankar.Duraiswamy@njoag.gov

*Counsel for the State of New Jersey*



**KATHLEEN JENNINGS**                        **ROB BONTA**
ATTORNEY GENERAL OF DELAWARE             ATTORNEY GENERAL OF CALIFORNIA

/s/ *Ian R. Liston*                          /s/ Katrina Uyehara
Ian R. Liston                                Katrina Uyehara
  *Director of Impact Litigation*              *Deputy Attorney General*
Kate Aaronson                                13001 I Street
  *Deputy Attorney General*                  Sacramento, CA 95814-2919
Vanessa L. Kassab                            (916) 210-7867
  *Deputy Attorney General*                  katrina.uyehara@doj.ca.gov
Delaware Department of Justice
820 N. French Street                         *Counsel for the State of California*

3

Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

*Counsel for the State of Delaware*


**PHILIP J. WEISER**
ATTORNEY GENERAL OF COLORADO

/s/ Shannon Stevenson
Shannon Stevenson
  *Solicitor General*
Peter J. Baumann
  *Senior Assistant Attorney General*
Colorado Department of Law
Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6000
Shannon.Stevenson@coag.gov
Peter.Baumann@coag.gov

*Counsel for the State of Colorado*

**ANNE E. LOPEZ**
ATTORNEY GENERAL OF HAWAIʻI

/s/ Kalikoʻonālani D. Fernandes
David D. Day
  *Special Assistant to the Attorney General*
Kalikoʻonālani D. Fernandes
  *Solicitor General*
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov

*Counsel for the State of Hawaiʻi*

**BRIAN L. SCHWALB**
ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA

/s/ Eliza H. Simon
Eliza H. Simon (D.Md Bar No. 19648)
  *Senior Counsel to the Attorney General*
Office of the Attorney General
for the District of Columbia
400 Sixth Street NW
Washington, D.C., 20001
(202) 741-5221
Eliza.Simon@dc.gov

*Counsel for the District of Columbia*

**KWAME RAOUL**
ATTORNEY GENERAL OF ILLINOIS

/s/ Michael M. Tresnowski
Michael M. Tresnowski
  *Assistant Attorney General*
Cara Hendrickson
  *Assistant Chief Deputy Attorney General*
Office of the Illinois Attorney General
115 LaSalle Street
Chicago, IL 60603
(312) 814-3000
Michael.Tresnowski@ilag.gov
Cara.Hendrickson@ilag.gov

*Counsel for the State of Illinois*

4

**AARON M. FREY**
ATTORNEY GENERAL OF MAINE

/s/ Vivian A. Mikhail
Vivian A. Mikhail
  *Deputy Attorney General*
Office of the Attorney General
6 State House Station
Augusta, ME  04333
Tel.:  207-626-8800
Fax:  207-287-3120
vivian.mikhail@maine.gov

*Counsel for the State of Maine*

**ANDREA JOY CAMPBELL**
ATTORNEY GENERAL OF MASSACHUSETTS

/s/ Katherine Dirks
Katherine Dirks
  *Chief State Trial Counsel*
1 Ashburton Pl.
Boston, MA 02108
(617) 963-2277
Katherine.dirks@mass.gov

*Counsel for the Commonwealth of Massachusetts*

**DANA NESSEL**
ATTORNEY GENERAL OF MICHIGAN

/s/ Adam R. de Bear
Adam R. de Bear
  *Assistant Attorney General*
Michigan Department of Attorney General
525 W. Ottawa St.
Lansing, MI  48933
(517) 335-7573
debeara@michigan.gov

*Counsel for the People of the State of Michigan*

**KEITH ELLISON**
ATTORNEY GENERAL OF MINNESOTA

/s/ Lindsey E. Middlecamp
Lindsey E. Middlecamp*
  *Special Counsel, Rule of Law*
445 Minnesota Street, Suite 600
St. Paul, MN 55101
(651) 300-0711
Lindsey.middlecamp@ag.state.mn.us

*Counsel for the State of Minnesota*

**AARON D. FORD**
ATTORNEY GENERAL OF NEVADA

/s/ Heidi Parry Stern
Heidi Parry Stern
  *Solicitor General*
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
HStern@ag.nv.gov

*Counsel for the State of Nevada*

**DAN RAYFIELD**
ATTORNEY GENERAL OF OREGON

/s/ Brian Simmonds Marshall
Brian Simmonds Marshall*
  *Senior Assistant Attorney General*
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Tel: (971) 673-1880
Fax: (971) 673-5000
Brian.S.Marshall@doj.oregon.gov

*Counsel for the State of Oregon*

**PETER F. NERONHA**
ATTORNEY GENERAL OF RHODE ISLAND

*/s/ Sarah W. Rice*
Sarah W. Rice
  *Deputy Chief, Public Protection Bureau*
150 South Main St.
Providence, RI 02903
(401) 274-4400
srice@riag.ri.gov

*Counsel for the State of Rhode Island*

**CHARITY R. CLARK**
ATTORNEY GENERAL OF VERMONT

*/s/ Jonathan T. Rose*
Jonathan T. Rose
  *Solicitor General*
109 State Street
Montpelier, VT 05609
(802) 828-3171
Jonathan.rose@vermont.gov

*Counsel for the State of Vermont*

**NICHOLAS W. BROWN**
ATTORNEY GENERAL OF WASHINGTON

*/s/ Andrew R. W. Hughes*
Andrew R.W. Hughes
William McGinty
  *Assistant Attorneys General*
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
Andrew.Hughes@atg.wa.gov
William.McGinty@atg.wa.gov

*Counsel for the State of Washington*

*\* Pro hac vice application pending or forthcoming*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of April, 2026, a true and correct copy of the

foregoing was filed electronically upon counsel for all parties.


/s/ Virginia A. Williamson

_____
VIRGINIA A. WILLIAMSON (Bar No. 31472)
Assistant Attorney General
Office of the Attorney General
200 St. Paul Place, 20th Floor
Baltimore, Maryland  21202
vwilliamson@oag.maryland.gov
(410) 576-6584